**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**OFFICE OF THE CLERK**

Alfred A. Arraj
United States Courthouse
901 19th Street
Denver, Colorado 80294
www.cod.uscourts.gov

Jeffrey P. Colwell
*Clerk*

Phone: (303) 844-3433

Date: 9/3/2025

☒ Pro Se    ☐ Retained    ☐ CJA    ☐ FPD    USA or other
☐ Federal Agency
(Appeal Fee Exempt)

Case No: <u>24-cv-01508-PAB-MDB</u>    ☐ Amended Notice of Appeal
☐ Other pending appeals
Date Filed: <u>09/02/2025</u>    ☐ Transferred Successive
§2254 or §2255
Appellant: <u>Colton John Harris</u>    ☐ Supplemental Record

Pro Se Appellant:
☐ IFP forms mailed/given    ☒ Motion IFP pending    ☐ Appeal fee paid
☐ IFP denied    ☐ Appeal fee not paid

Retained Counsel:
☐ Appeal fee paid    ☐ Appeal fee not paid    ☐ Motion IFP filed

The Preliminary Record on Appeal is hereby transmitted to the Tenth Circuit Court of Appeals. Please refer to the forms, procedures, and requirements for ordering transcripts, preparing docketing statements and briefs, and designations of the record that are found on the Tenth Circuit's website, www.ca10.uscourts.gov.

If not already completed, either an appeal fee payment for filing this case or filing of a motion to proceed *in forma pauperis* will be made to this District Court.

The transcript order form must be filed in the District Court as well as the Court of Appeals within 14 days after the notice of appeal was filed with the District Court.

If you have questions, please contact this office.

Sincerely,

JEFFREY P. COLWELL, CLERK

by:  s/ J. Roberts
Deputy Clerk

Rev. 8/17/2017

cc:  Clerk of the Court, Tenth Circuit Court of Appeals

Rev. 8/17/2017

ALLMTN,APPEAL,JD4,MJ CIV PP,NP ProSe,TERMED

# U.S. District Court – District of Colorado
## District of Colorado (Denver)
## CIVIL DOCKET FOR CASE #: <u>1:24–cv–01508–PAB–MDB</u>

Harris v. Take–Two Interactive Software, Inc.
Assigned to: Chief Judge Philip A. Brimmer
Referred to: Magistrate Judge Maritza Dominguez Braswell
Demand: $1,500,000
 Case in other court:  El Paso County District Court, 2024CV117
Cause: 18:1030(g) – Fraud & Related Matters in Connection w/ Computers

Date Filed: 05/29/2024
Date Terminated: 08/21/2025
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

### <u>Plaintiff</u>

**Colton John Harris**
*[E–filing privileges removed at case termination]*

represented by **Colton John Harris**
3100 Wood Ave
#G17
Colorado Springs, CO 80907
719–517–8289
PRO SE

V.

### <u>Defendant</u>

**Take–Two Interactive Software, Inc.**
*a Delaware corporation*

represented by **Carolyn Valerie Juarez**
Neugeboren O'Dowd P.C.
726 Front Street
Suite 220
Louisville, CO 80027
720–536–4904
Fax: 720–536–4910
Email: carolyn@nodiplaw.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/29/2024 | <u>1</u> | NOTICE OF REMOVAL by Take–Two Interactive Software, Inc. from District Court, El Paso Country, Colorado, Case Number 2024CV117., filed by Take–Two Interactive Software, Inc.. (Attachments: # <u>1</u> Exhibit 1, # <u>2</u> Exhibit 2, # <u>3</u> Exhibit 3, # <u>4</u> Exhibit 4, # <u>5</u> Exhibit 5, # <u>6</u> Exhibit 6, # <u>7</u> Exhibit 7, # <u>8</u> Exhibit 8, # <u>9</u> Exhibit 9, # <u>10</u> Exhibit 10, # <u>11</u> Exhibit 11)(Juarez, Carolyn) (Entered: 05/29/2024) |
| 05/29/2024 | 2 | FIRST AND FINAL NOTICE TO ALL ATTORNEY(S) AND UNREPRESENTED PARTIES IN REMOVED, TRANSFERRED, OR OTHER CASES. To receive any further notice in a case removed or transferred to this court, or special matters including discovery disputes, bankruptcy appeals, or withdrawals of reference, Multi–district litigation (MDL), etc., all attorneys and unrepresented parties must enter an appearance under D.C.COLO.LAttyR 5(a). An attorney must be an active member of this court's bar and be in good standing in accordance with |

| | | |
|---|---|---|
| | | D.C.COLO.LAttyR 3. A waiver of the fee for bar admission may apply in limited situations. (Text Only Entry) (blaws, ) (Entered: 05/30/2024) |
| 05/29/2024 | 3 | STATE COURT COMPLAINT against Take–Two Interactive Software, Inc., filed by Colton John Harris. (blaws, ) (Entered: 05/30/2024) |
| 05/29/2024 | 4 | STATE COURT ORDER GRANTING Plaintiff's Motion for Extension of Time to Serve, by Gregory Robert Werner, District Court Judge, El Paso County, on 05/07/2024. (blaws) (Entered: 05/30/2024) |
| 05/29/2024 | 5 | Proof of Service of Summons, Complaint, Civil Case Cover Sheet upon Take–Two Interactive Software, Inc. on 04/29/2024, filed by Plaintiff Colton John Harris. (blaws, ) (Entered: 05/30/2024) |
| 05/29/2024 | 6 | Case assigned to Magistrate Judge Maritza Dominguez Braswell. Text Only Entry. (blaws, ) (Entered: 05/30/2024) |
| 05/29/2024 | 7 | Magistrate Judge consent form issued pursuant to D.C.COLO.LCivR 40.1, direct assignment of civil actions to full time magistrate judges. (blaws, ) (Entered: 05/30/2024) |
| 06/03/2024 | 8 | CONSENT to Jurisdiction of Magistrate Judge, Plaintiff Colton John Harris consents. (jrobe, ) (Entered: 06/04/2024) |
| 06/03/2024 | 9 | Notice of Affidavit of Service, by Plaintiff Colton John Harris. (jrobe, ) Modified on 6/5/2024 to correct title (angar, ). (Entered: 06/04/2024) |
| 06/05/2024 | 10 | MINUTE ORDER: the 8 Election Concerning Consent/Non–Consent to United States Magistrate Judge Jurisdiction is STRICKEN for failure to comply with the Local Rules. Local Rules 5.1 and 40.1 direct parties to include the parties' signatures on consent forms. By Magistrate Judge Maritza Dominguez Braswell on 12/28/2023. Text Only Entry (mdblc4,) (Entered: 06/05/2024) |
| 06/05/2024 | 11 | NOTICE *of State Court Order* by Defendant Take–Two Interactive Software, Inc. (Attachments: # 1 Exhibit 1)(Juarez, Carolyn) (Entered: 06/05/2024) |
| 06/05/2024 | 12 | CORPORATE DISCLOSURE STATEMENT identifying Other Affiliate Vanguard Group Inc. for Take–Two Interactive Software, Inc.. (Juarez, Carolyn) (Entered: 06/05/2024) |
| 06/05/2024 | 13 | MOTION to Dismiss for Failure to State a Claim by Defendant Take–Two Interactive Software, Inc.. (Juarez, Carolyn) (Entered: 06/05/2024) |
| 06/05/2024 | 14 | DECLARATION of *Carolyn Juarez* regarding MOTION to Dismiss for Failure to State a Claim 13 by Defendant Take–Two Interactive Software, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Juarez, Carolyn) (Entered: 06/05/2024) |
| 06/07/2024 | 15 | ORDER SETTING PRELIMINARY SCHEDULING CONFERENCE AND INITIAL CASE DEADLINES. A Pre– Scheduling Conference set for 7/1/2024 10:00 AM before Magistrate Judge Maritza Dominguez Braswell. The conference will be conducted via video using the attached instructions. Consent Form due by 7/22/2024. Proposed Scheduling Order due 7/22/2024. By Magistrate Judge Maritza Dominguez Braswell on 6/7/2024. (Attachments: # 1 VTC instructions) (evaug) (Entered: 06/07/2024) |
| 06/07/2024 | 16 | CERTIFICATE of Mailing/Service re 15 Order sent to Colton John Harris at 3100 Wood Avenue #G17 Colorado Springs, CO 80907. (jrobe, ) (Entered: 06/07/2024) |

| 06/20/2024 | 17 | **STRICKEN.** MOTION for Leave to file amended complaint by Plaintiff Colton John Harris. (Attachments: # 1 Amended Complaint)(jrobe, ) Modified to strike pursuant to ECF 19 Order on 7/3/2024 (ccuen, ). (Entered: 06/20/2024) |
| 06/20/2024 | 18 | LETTER *NOTICE OF PRO SE REPRESENTATION AND REQUEST FOR ADA CONSIDERATION* by Plaintiff Colton John Harris. (Harris, Colton) (Entered: 06/20/2024) |
| 06/24/2024 | 19 | MINUTE ORDER: Plaintiff's 17 Motion for Leave to File Amended Complaint is STRICKEN for failure to comply with the Local Rules. Local Rule 15.1(a) states that, "[a] party other than an unrepresented prisoner who files an amended pleading under Fed. R. Civ. P. 15(a)(1) or with the consent of the opposing party shall file a separate notice of filing the amended pleading and shall attach as an exhibit a copy of the amended pleading which strikes through (e.g., ~~strikes through~~) the text to be deleted and underlines (e.g., underlines1) the text to be added." D.C.COLO.LCivR 15.1(a). By Magistrate Judge Maritza Dominguez Braswell on 06/24/2024. Text Only Entry(mdblc4,) (Entered: 06/24/2024) |
| 06/24/2024 | 20 | LETTER *PLAINTIFFS REQUEST FOR COURT–APPOINTED COUNSEL AS ADA ACCOMMODATION* by Plaintiff Colton John Harris. (Harris, Colton) (Entered: 06/24/2024) |
| 06/25/2024 | 21 | MINUTE ORDER: The Court wishes to acknowledge Plaintiff's letter at ECF 18 , which clarifies that Plaintiff proceeds *pro se* and requests the Court's understanding as it concerns any errors. So long as Plaintiff proceeds *pro se*, the Court will construe all pleadings and submissions liberally. *See Trackwell v. United States*, 472 F.3d 1242, 1243 (10th Cir. 2007) (noting that a court must "review [*pro se*] pleadings and other papers liberally and hold them to a less stringent standard than those drafted by attorneys" (citations omitted)). To the extent Plaintiff's letter at ECF 18 can be construed as a motion to appoint counsel, the motion is **denied**. Upon application of all relevant factors, *see* D.C.COLO.LAttyR 15(f)(1)(B)(i)–(iv), the Court has determined that appointment of counsel is not warranted at this early stage. However, the denial is without prejudice, and Plaintiff may re–file his request if and when his claims survive the motion to dismiss stage. Additionally, the Court has preliminarily reviewed the pending Motion to Dismiss at ECF 13 , including Defendant's allegations of frivolity. Plaintiff has not had an opportunity to respond, and thus the Court does not express a view on the allegations or arguments made therein. However, given the allegation of frivolity, the Court anticipates Defendant may seek a stay. If Defendant seeks to stay the proceedings until after the resolution of the motion to dismiss, Defendant must file a short Motion to Stay that addresses the factors set forth in *String Cheese Incident, LLC v. Stylus Shows, Inc.*, 2006 WL 894955, at *2 (D. Colo. Mar. 30, 2006). Having that on file before the pre–scheduling conference will allow the Court to proceed most efficiently and explain all applicable procedures to *pro se* Plaintiff. Accordingly, the Court **vacates the current Proposed Scheduling Order deadline, resets the Pre–Scheduling Conference to July 29, 2024, at 10:00 AM, but maintains the current consent deadline of July 22, 2024.** The Pre–Scheduling Conference will be held via video using the attached instructions. By Magistrate Judge Maritza Dominguez Braswell on 6/25/2024. Text Only Entry (mdblc1) Modified to correct text on 6/25/2024 (jrobe, ). (Entered: 06/25/2024) |
| 06/25/2024 | 22 | SUPPLEMENT/AMENDMENT *MOTION FOR LEAVE TO REFILE AMENDED COMPLAINT* by Plaintiff Colton John Harris. (Attachments: # 1 Proposed Document |

3

| | | NOTICE OF AMENDED COMPLAINT, # 2 Continuation of Main Document AMENDED COMPLAINT, # 3 Exhibit EXHIBIT 1, # 4 Exhibit EXHIBIT 2, # 5 Exhibit EXHIBIT 3, # 6 Exhibit EXHIBIT 4, # 7 Exhibit EXHIBIT 5, # 8 Exhibit EXHIBIT 6, # 9 Exhibit EXHIBIT 7, # 10 Exhibit EXHIBIT 8, # 11 Exhibit EXHIBIT 9)(Harris, Colton) (Entered: 06/25/2024) |
|---|---|---|
| 06/25/2024 | 23 | LETTER *NOTICE OF AMENDED COMPLAINT* by Plaintiff Colton John Harris. (Attachments: # 1 Continuation of Main Document AMENDED COMPLAINT, # 2 Exhibit EXHIBIT 1, # 3 Exhibit EXHIBIT 2, # 4 Exhibit EXHIBIT 3, # 5 Exhibit EXHIBIT 4, # 6 Exhibit EXHIBIT 5, # 7 Exhibit EXHIBIT 6, # 8 Exhibit EXHIBIT 7, # 9 Exhibit EXHIBIT 8, # 10 Exhibit EXHIBIT 9)(Harris, Colton) (Entered: 06/25/2024) |
| 06/25/2024 | 24 | RESPONSE *OPPOSITION TO DEFENDANT'S MOTION TO DISMISS* by Plaintiff Colton John Harris. (Attachments: # 1 Continuation of Main Document AMENDED COMPLAINT, # 2 Exhibit EXHIBIT 1, # 3 Exhibit EXHIBIT 2, # 4 Exhibit EXHIBIT 3, # 5 Exhibit EXHIBIT 4, # 6 Exhibit EXHIBIT 5, # 7 Exhibit EXHIBIT 6, # 8 Exhibit EXHIBIT 7, # 9 Exhibit EXHIBIT 8, # 10 Exhibit EXHIBIT 9)(Harris, Colton) (Entered: 06/25/2024) |
| 06/26/2024 | 25 | MINUTE ORDER: granting Plaintiff's 22 Motion for Leave to Refile Amended Complaint. *See* Fed. R. Civ. P. 15(a)(1)(B). Plaintiff is directed to file a clean copy of the Amended Complaint and exhibits **on or before July 1, 2024.** By Magistrate Judge Maritza Dominguez Braswell on 06/26/2024. Text Only Entry (mdblc4,) (Entered: 06/26/2024) |
| 06/26/2024 | 26 | Operative Complaint SUPPLEMENT/AMENDMENT *AMENDED COMPLAINT* by Plaintiff Colton John Harris. (Attachments: # 1 Exhibit EXHIBIT 1, # 2 Exhibit EXHIBIT 2, # 3 Exhibit EXHIBIT 3, # 4 Exhibit EXHIBIT 4, # 5 Exhibit EXHIBIT 5, # 6 Exhibit EXHIBIT 6, # 7 Exhibit EXHIBIT 7, # 8 Exhibit EXHIBIT 8, # 9 Exhibit EXHIBIT 9)(Harris, Colton) Modified to note operative complaint pursuant to 27 order on 6/27/2024 (jrobe, ). (Entered: 06/26/2024) |
| 06/27/2024 | 27 | MINUTE ORDER: Plaintiff's 26 Amended Complaint is accepted as filed pursuant to Fed. R. Civ. P. 15(a)(1)(B). Based on the filing of an amended complaint, Defendant's Motion to Dismiss at ECF 13 is denied as moot without prejudice to re–filing. *See Strich v. United States*, 2010 WL 148269, at *1 (D. Colo. Jan. 11, 2010) ("The filing of an amended complaint moots a motion to dismiss directed at the complaint that is supplanted and superseded." (citations omitted)). By Magistrate Judge Maritza Dominguez Braswell on 06/27/2024. Text Only Entry(mdblc4,) (Entered: 06/27/2024) |
| 07/09/2024 | 28 | MINUTE ORDER: The Pre–Scheduling Conference set for 7/29/2024 is VACATED and RESET for 7/30/2024 10:00 AM due to a scheduling conflict. Parties shall participate by VIDEO utilizing the instructions previously provided with the Minute Order at ECF No. 21 . By Magistrate Judge Maritza Dominguez Braswell on 7/9/2024. Text Only Entry (evaug) (Entered: 07/09/2024) |
| 07/10/2024 | 29 | MOTION to Dismiss for Failure to State a Claim by Defendant Take–Two Interactive Software, Inc.. (Attachments: # 1 Affidavit Declaration of Andrew Ungberg, # 2 Exhibit 1 – Terms of Service, # 3 Exhibit 2 – End User License Agreement, # 4 Exhibit 3 – Creator Platform License Agreement)(Juarez, Carolyn) (Entered: 07/10/2024) |
| 07/13/2024 | 30 | |

| | | LETTER *MOTION FOR APPOINTMENT OF COUNSEL* by Plaintiff Colton John Harris. (Harris, Colton) (Entered: 07/13/2024) |
| 07/13/2024 | 31 | LETTER *Notice Of Resubmission* by Plaintiff Colton John Harris. (Attachments: # 1 Proposed Document)(Harris, Colton) (Entered: 07/13/2024) |
| 07/15/2024 | 32 | MINUTE ORDER: In light of Plaintiff's second 30 Motion for Appointment of Counsel, Plaintiff's prior 20 Motion for Appointment of Counsel is denied as **MOOT**. *See Bradshaw v. Nafziger*, 2011 WL 863548, at *1 n. 1 (D. Colo. Mar. 10, 2011) (new filing "effectively renders moot" the prior filing). By Magistrate Judge Maritza Dominguez Braswell on 07/15/2024. Text Only Entry(mdblc4,) (Entered: 07/15/2024) |
| 07/22/2024 | 33 | CONSENT to Jurisdiction of Magistrate Judge by Defendant Take–Two Interactive Software, Inc. All parties do not consent.. (Juarez, Carolyn) (Entered: 07/22/2024) |
| 07/23/2024 | 34 | CASE REASSIGNED Pursuant to 33 Consent to Jurisdiction of Magistrate Judge. All parties do not consent. Case randomly reassigned to Chief Judge Philip A. Brimmer and drawn to Magistrate Judge Maritza Dominguez Braswell. All future pleadings should be listed as **24–cv–01508–PAB**. (Text Only Entry) (jrobe, ) (Entered: 07/23/2024) |
| 07/23/2024 | 35 | ORDER REFERRING CASE to Magistrate Judge Maritza Dominguez Braswell for **all motions**. Pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b), this case is referred to the assigned United States Magistrate Judge to (1) convene a scheduling conference under Fed. R. Civ. P. 16(b) and enter a scheduling order meeting the requirements of D.C.COLO.LCivR 16.2, (2) conduct such status conferences and issue such orders necessary for compliance with the scheduling order, including amendments or modifications of the scheduling order upon a showing of good cause, (3) hear and determine pretrial matters, including discovery and other non–dispositive motions, (4) conduct a pretrial conference and enter a pretrial order, and (5) conduct hearings, including evidentiary hearings, and submit proposed findings of fact and recommendations for rulings on dispositive motions. Court sponsored alternative dispute resolution is governed by D.C.COLO.LCivR 16.6. On the recommendation or informal request of the magistrate judge or on the request of the parties by motion, this court may direct the parties to engage in an early neutral evaluation, a settlement conference, or another alternative dispute resolution proceeding, by Chief Judge Philip A. Brimmer on 7/23/2024. Text Only Entry (pabsec, ) (Entered: 07/23/2024) |
| 07/23/2024 | 36 | MEMORANDUM regarding 29 MOTION to Dismiss for Failure to State a Claim filed by Take–Two Interactive Software, Inc., 30 MOTION for Appointment filed by Colton John Harris. Motions referred to Magistrate Judge Maritza Dominguez Braswell, by Chief Judge Philip A. Brimmer on 7/23/2024. Text Only Entry (pabsec, ) (Entered: 07/23/2024) |
| 07/24/2024 | 37 | Plaintiff's MOTION to Report Coercive Settlement Tactic and Improper Conduct, by Plaintiff Colton John Harris. (ccuen, ) (Entered: 07/24/2024) |
| 07/24/2024 | 38 | MEMORANDUM regarding 37 MOTION for Order to filed by Colton John Harris. Motion referred to Magistrate Judge Maritza Dominguez Braswell, by Chief Judge Philip A. Brimmer on 7/24/2024. Text Only Entry (pabsec, ) (Entered: 07/24/2024) |
| 07/24/2024 | 39 | MINUTE ORDER by Chief Judge Philip A. Brimmer on 7/23/2024. The Clerk's Office shall file Docket No. [1–10] as a separate entry. Text Only Entry (pabsec, ) |

| | | (Entered: 07/24/2024) |
|---|---|---|
| 07/25/2024 | 40 | RESPONSE *OPPOSITION TO DEFENDANT'S MOTION TO DISMISS* by Plaintiff Colton John Harris. (Attachments: # 1 Exhibit Relevant Rules and FAQ, # 2 Exhibit Statement by Zee, # 3 Exhibit Confirmation by Titanium, # 4 Exhibit Petition with Signatures, # 5 Exhibit Tebex Terms)(Harris, Colton) (Entered: 07/25/2024) |
| 07/25/2024 | 41 | Second MOTION for Leave to *TO FILE SECOND AMENDED COMPLAINT* by Plaintiff Colton John Harris. (Attachments: # 1 Continuation of Main Document AMENDED COMPLAINT, # 2 Exhibit Screenshot showing account creation date on CFX.re, # 3 Exhibit Screenshot of the Tebex user agreement, # 4 Exhibit Screenshot of partnership agreement announcement on CFX.re, # 5 Exhibit IP log and Google alert indicating unauthorized access, # 6 Exhibit Screenshot of Discord conversation, # 7 Exhibit Screenshot provided by Take–Two Interactive employee confirming unauthorized access to Keymaster and CFX.re data breach announcement, # 8 Exhibit Screenshot of the November 2021 announcement, # 9 Exhibit Evidence of the account lockout/suspension, # 10 Exhibit Examples and comparisons of Plaintiffs work to Defendants DLC releases)(Harris, Colton) (Entered: 07/25/2024) |
| 07/25/2024 | 42 | LETTER *NOTICE OF SECOND AMENDED COMPLAINT* by Plaintiff Colton John Harris. (Attachments: # 1 Continuation of Main Document AMENDED COMPLAINT, # 2 Exhibit Screenshot showing account creation date on CFX.re, # 3 Exhibit Screenshot of the Tebex user agreement, # 4 Exhibit Screenshot of partnership agreement announcement on CFX.re, # 5 Exhibit IP log and Google alert indicating unauthorized access, # 6 Exhibit Screenshot of Discord conversation, # 7 Exhibit Screenshot provided by Take–Two Interactive employee confirming unauthorized access to Keymaster and CFX.re data breach announcement, # 8 Exhibit Screenshot of the November 2021 announcement, # 9 Exhibit Evidence of the account lockout/suspension, # 10 Exhibit Examples and comparisons of Plaintiffs work to Defendants DLC releases)(Harris, Colton) (Entered: 07/25/2024) |
| 07/25/2024 | 43 | MEMORANDUM regarding 41 Second MOTION for Leave to *TO FILE SECOND AMENDED COMPLAINT* filed by Colton John Harris. Motion referred to Magistrate Judge Maritza Dominguez Braswell, by Chief Judge Philip A. Brimmer on 7/25/2024. Text Only Entry (pabsec, ) (Entered: 07/25/2024) |
| 07/26/2024 | 44 | MOTION to Stay *Proceedings Pending Resolution of Defendant's Motion to Dismiss Amended Complaint* by Defendant Take–Two Interactive Software, Inc.. (Juarez, Carolyn) (Entered: 07/26/2024) |
| 07/26/2024 | 45 | MEMORANDUM regarding 44 MOTION to Stay *Proceedings Pending Resolution of Defendant's Motion to Dismiss Amended Complaint* filed by Take–Two Interactive Software, Inc.. Motion referred to Magistrate Judge Maritza Dominguez Braswell, by Chief Judge Philip A. Brimmer on 7/26/2024. Text Only Entry (pabsec, ) (Entered: 07/26/2024) |
| 07/30/2024 | 48 | COURTROOM MINUTES for Pre–Scheduling Conference held on 7/30/2024 before Magistrate Judge Maritza Dominguez Braswell. Defendant's 29 Motion to Dismiss for Failure to State a Claim is DENIED as MOOT. Plaintiff's 30 Motion for Appointment of Counsel is DENIED without prejudice. Plaintiff's 37 Motion to Report Coercive Settlement Tactic and Improper Conduct is DENIED. Plaintiff's 42 Motion to Amend is GRANTED in lieu of 41 which is TERMINATED. Plaintiff shall submit a clean version of the redline proposed Amended Complaint docketed at ECF 42–1. No additional motion is required. FTR: Courtroom 101. (evaug ) |

| | | (Entered: 07/31/2024) |
|---|---|---|
| 07/31/2024 | 46 | SUPPLEMENT/AMENDMENT *SECOND AMENDED COMPLAINT* by Plaintiff Colton John Harris. (Attachments: # 1 Exhibit Exhibit Screenshot showing account creation date on CFX.re, # 2 Exhibit Exhibit Screenshot of the Tebex user agreement, # 3 Exhibit Exhibit Screenshot of partnership agreement announcement on CFX.re, # 4 Exhibit Exhibit IP log and Google alert indicating unauthorized access, # 5 Exhibit Exhibit Screenshot of Discord conversation, # 6 Exhibit Exhibit Screenshot provided by Take–Two Interactive employee confirming unauthorized access to Keymaster and CFX.re data breach announcement, # 7 Exhibit Exhibit Screenshot of the November 2021 announcement, # 8 Exhibit Exhibit Evidence of the account lockout/suspension, # 9 Exhibit Exhibit Examples and comparisons of Plaintiffs work to Defendants DLC releases)(Harris, Colton) Modified to note that this is the operative complaint as of 7/31/2024 (jrobe, ). (Entered: 07/31/2024) |
| 07/31/2024 | 47 | LETTER *UPDATE ON SECOND AMENDED COMPLAINT* by Plaintiff Colton John Harris. (Harris, Colton) (Entered: 07/31/2024) |
| 07/31/2024 | 49 | CERTIFICATE of Mailing/Service re 48 Courtroom Minutes sent to Colton John Harris at 3100 Wood Ave #G17 Colorado Springs, CO 80907.(jrobe, ) (Entered: 07/31/2024) |
| 07/31/2024 | 50 | First MOTION to Withdraw Document *WITHDRAW PLAINTIFFS MOTION TO REPORT COERCIVE SETTLEMENT TACTIC AND IMPROPER CONDUCT* by Plaintiff Colton John Harris. (Harris, Colton) (Entered: 07/31/2024) |
| 08/01/2024 | 51 | LETTER *NOTICE REGARDING MOTION WITHDRAWAL* by Plaintiff Colton John Harris. (Harris, Colton) (Entered: 08/01/2024) |
| 08/01/2024 | 52 | MEMORANDUM regarding 50 First MOTION to Withdraw Document *WITHDRAW PLAINTIFFS MOTION TO REPORT COERCIVE SETTLEMENT TACTIC AND IMPROPER CONDUCT* filed by Colton John Harris. Motion referred to Magistrate Judge Maritza Dominguez Braswell, by Chief Judge Philip A. Brimmer on 8/01/2024. Text Only Entry (pabsec, ) (Entered: 08/01/2024) |
| 08/02/2024 | 53 | MINUTE ORDER: The Motion to 50 Withdraw Plaintiff's Motion to Report Coercive Settlement Tactic and Improper Conduct is denied as moot. At the July 30, 2024 hearing, the Court already denied Plaintiff's 37 Motion to Report Coercive Settlement Tactic and Improper Conduct. By Magistrate Judge Maritza Dominguez Braswell on 08/02/2024. Text Only Entry(mdblc4,) (Entered: 08/02/2024) |
| 08/12/2024 | 54 | First MOTION to Clarify *MOTION FOR CLARIFICATION REGARDING THE STATUS OF DEFENDANT'S MOTION TO STAY* by Plaintiff Colton John Harris. (Harris, Colton) (Entered: 08/12/2024) |
| 08/12/2024 | 55 | MEMORANDUM regarding 54 First MOTION to Clarify *MOTION FOR CLARIFICATION REGARDING THE STATUS OF DEFENDANT'S MOTION TO STAY* filed by Colton John Harris. Motion referred to Magistrate Judge Maritza Dominguez Braswell, by Chief Judge Philip A. Brimmer on 8/12/2024. Text Only Entry (pabsec, ) (Entered: 08/12/2024) |
| 08/12/2024 | 56 | First MOTION to Amend/Correct/Modify *MOTION TO AMEND OR CORRECT PLAINTIFF'S MOTION FOR CLARIFICATION REGARDING THE STATUS OF DEFENDANT'S MOTION TO STAY* by Plaintiff Colton John Harris. (Attachments: # 1 Exhibit Strikethrough Version, # 2 Exhibit Revised Motion Clean version, # 3 |

| | | |
|---|---|---|
| | | Proposed Document [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO AMEND OR CORRECT PLAINTIFF'S MOTION FOR CLARIFICATION REGARDING THE STATUS OF DEFENDANT'S MOTION TO STAY)(Harris, Colton) (Entered: 08/12/2024) |
| 08/12/2024 | 57 | MEMORANDUM regarding 56 First MOTION to Amend/Correct/Modify *MOTION TO AMEND OR CORRECT PLAINTIFF'S MOTION FOR CLARIFICATION REGARDING THE STATUS OF DEFENDANT'S MOTION TO STAY* filed by Colton John Harris. Motion referred to Magistrate Judge Maritza Dominguez Braswell, by Chief Judge Philip A. Brimmer on 8/12/2024. Text Only Entry (pabsec, ) (Entered: 08/12/2024) |
| 08/12/2024 | 58 | MINUTE ORDER: granting 56 Motion to Amend or Correct Plaintiff's Motion For Clarification Regarding the Status of Defendant's Motion to Stay. Plaintiff is granted permission to file an amended Motion for Clarification on or before **August 15, 2024**. By Magistrate Judge Maritza Dominguez Braswell on 08/12/2024. Text Only Entry(mdblc4,) (Entered: 08/12/2024) |
| 08/12/2024 | 59 | First MOTION to Clarify *MOTION FOR CLARIFICATION REGARDING THE STATUS OF DEFENDANT'S MOTION TO STAY* by Plaintiff Colton John Harris. (Harris, Colton) (Entered: 08/12/2024) |
| 08/12/2024 | 60 | First MOTION to Amend/Correct/Modify *MOTION FOR CLARIFICATION REGARDING THE STATUS OF DEFENDANT'S MOTION TO STAY* by Plaintiff Colton John Harris. (Harris, Colton) (Entered: 08/12/2024) |
| 08/12/2024 | 61 | LETTER *LETTER REGARDING FILING ERROR* by Plaintiff Colton John Harris. (Harris, Colton) (Entered: 08/12/2024) |
| 08/13/2024 | 62 | MEMORANDUM regarding 59 First MOTION to Clarify *MOTION FOR CLARIFICATION REGARDING THE STATUS OF DEFENDANT'S MOTION TO STAY* filed by Colton John Harris, 60 First MOTION to Amend/Correct/Modify *MOTION FOR CLARIFICATION REGARDING THE STATUS OF DEFENDANT'S MOTION TO STAY* filed by Colton John Harris. Motions referred to Magistrate Judge Maritza Dominguez Braswell, by Chief Judge Philip A. Brimmer on 8/13/2024. Text Only Entry (pabsec, ) (Entered: 08/13/2024) |
| 08/13/2024 | 63 | MINUT ORDER: granting 60 Motion for Clarification. The Motion to Stay 44 is still pending. Even though the Court denied the previously pending motion to dismiss as moot, Defendants still have a basis for seeking a stay, and the Court will decide the Motion to Stay 44 in due course. Although it appears you made some opposing arguments in your motion at ECF 60, the Court will give you additional time to file a separate response to the Motion to Stay 44 . If you choose to file a separate response to the Motion to Stay 44 , you must do so on or before **August 30, 2024.** If you do not file a separate response on or before that date, the Court will assume the arguments you made in your motion at ECF 60, are effectively your entire opposition to the Motion to Stay 44 . Additionally, in light of the filing of the 60 Motion for Clarification and this ruling, the 59 First Motion to Clarify is denied as moot. By Magistrate Judge Maritza Dominguez Braswell on 08/13/2024. Text Only Entry(mdblc4,) (Entered: 08/13/2024) |
| 08/13/2024 | 64 | MOTION to Dismiss for Failure to State a Claim by Defendant Take–Two Interactive Software, Inc.. (Attachments: # 1 Affidavit Declaration of Andrew Ungberg, # 2 Exhibit 1 – Terms of Service, # 3 Exhibit 2 – End User License Agreement, # 4 Exhibit 3 – Creator Platform License Agreement)(Juarez, Carolyn) |

| | | (Entered: 08/13/2024) |
|---|---|---|
| 08/13/2024 | 65 | MEMORANDUM regarding 64 MOTION to Dismiss for Failure to State a Claim filed by Take–Two Interactive Software, Inc. Motion referred to Magistrate Judge Maritza Dominguez Braswell, by Chief Judge Philip A. Brimmer on 8/13/2024. Text Only Entry (pabsec, ) (Entered: 08/13/2024) |
| 08/26/2024 | 66 | Third MOTION for Leave to *TO FILE THIRD AMENDED COMPLAINT* by Plaintiff Colton John Harris. (Attachments: # 1 Continuation of Main Document THIRD AMENDED COMPLAINT, # 2 Exhibit Screenshot showing account creation date on CFX.re, # 3 Exhibit Screenshot of the Tebex user agreement, # 4 Exhibit Screenshot of partnership agreement announcement on CFX.re of the partnership with Tebex, # 5 Exhibit IP log and Google alert indicating unauthorized access, # 6 Exhibit Screenshot of Discord conversation, # 7 Exhibit Screenshot provided by the Take–Two Interactive employee confirming unauthorized access to keymaster and CFX.re data breach announcement, # 8 Exhibit Screenshot of the November 2021 announcement, # 9 Exhibit Evidence of the account lockout/suspension, # 10 Exhibit Examples and comparisons of Plaintiffs work to Defendants DLC releases, # 11 Exhibit Shows the relevant Releases Rules and FAQ as displayed on the CFX forums page, # 12 Exhibit Shows the statement made by Zee, "Don't come at me with baseless legal threats and expect to walk away from it.", # 13 Exhibit Further confirms Zee's involvement with Titanium's statement, "I can see the flagged issue from Zee.", # 14 Exhibit Petition with over 2,000 signatures highlighting the widespread distress caused by these practices, # 15 Exhibit Tebex Terms showing DMCA must be filed, providing evidence of the lack of DMCA takedown notice filed by Defendant, and showing the terms of service with Tebex stating DMCA must be filed, # 16 Exhibit Links to websites showing the substantial revenue contribution from DLCs and microtransactions)(Harris, Colton) (Entered: 08/26/2024) |
| 08/26/2024 | 67 | LETTER *NOTICE OF THIRD AMENDED COMPLAINT* by Plaintiff Colton John Harris. (Attachments: # 1 Continuation of Main Document THIRD AMENDED COMPLAINT, # 2 Exhibit Screenshot showing account creation date on CFX.re, # 3 Exhibit Screenshot of the Tebex user agreement, # 4 Exhibit Screenshot of partnership agreement announcement on CFX.re of the partnership with Tebex, # 5 Exhibit IP log and Google alert indicating unauthorized access, # 6 Exhibit Screenshot of Discord conversation, # 7 Exhibit Screenshot provided by the Take–Two Interactive employee confirming unauthorized access to keymaster and CFX.re data breach announcement, # 8 Exhibit Screenshot of the November 2021 announcement, # 9 Exhibit Evidence of the account lockout/suspension, # 10 Exhibit Examples and comparisons of Plaintiffs work to Defendants DLC releases, # 11 Exhibit Shows the relevant Releases Rules and FAQ as displayed on the CFX forums page, # 12 Exhibit Shows the statement made by Zee, "Don't come at me with baseless legal threats and expect to walk away from it.", # 13 Exhibit Further confirms Zee's involvement with Titanium's statement, "I can see the flagged issue from Zee.", # 14 Exhibit Petition with over 2,000 signatures highlighting the widespread distress caused by these practices, # 15 Exhibit Tebex Terms showing DMCA must be filed, providing evidence of the lack of DMCA takedown notice filed by Defendant, and showing the terms of service with Tebex stating DMCA must be filed, # 16 Exhibit Links to websites showing the substantial revenue contribution from DLCs and microtransactions)(Harris, Colton) (Entered: 08/26/2024) |
| 08/26/2024 | 68 | SUPPLEMENT/AMENDMENT *THIRD AMENDED COMPLAINT* by Plaintiff Colton John Harris. (Attachments: # 1 Exhibit Screenshot showing account creation |

| | | |
|---|---|---|
| | | date on CFX.re, # 2 Exhibit Screenshot of the Tebex user agreement, # 3 Exhibit Screenshot of partnership agreement announcement on CFX.re of the partnership with Tebex, # 4 Exhibit IP log and Google alert indicating unauthorized access, # 5 Exhibit Screenshot of Discord conversation, # 6 Exhibit Screenshot provided by the Take–Two Interactive employee confirming unauthorized access to keymaster and CFX.re data breach announcement, # 7 Exhibit Screenshot of the November 2021 announcement, # 8 Exhibit Evidence of the account lockout/suspension, # 9 Exhibit Examples and comparisons of Plaintiffs work to Defendants DLC releases, # 10 Exhibit Shows the relevant Releases Rules and FAQ as displayed on the CFX forums page, # 11 Exhibit Shows the statement made by Zee, "Don't come at me with baseless legal threats and expect to walk away from it.", # 12 Exhibit Further confirms Zee's involvement with Titanium's statement, "I can see the flagged issue from Zee.", # 13 Exhibit Petition with over 2,000 signatures highlighting the widespread distress caused by these practices, # 14 Exhibit Tebex Terms showing DMCA must be filed, providing evidence of the lack of DMCA takedown notice filed by Defendant, and showing the terms of service with Tebex stating DMCA must be filed, # 15 Exhibit Links to websites showing the substantial revenue contribution from DLCs and microtransactions)(Harris, Colton) (Entered: 08/26/2024) |
| 08/27/2024 | 69 | MEMORANDUM regarding 66 Third MOTION for Leave to *TO FILE THIRD AMENDED COMPLAINT* filed by Colton John Harris. Motion referred to Magistrate Judge Maritza Dominguez Braswell, by Chief Judge Philip A. Brimmer on 8/27/2024. Text Only Entry (pabsec, ) (Entered: 08/27/2024) |
| 08/27/2024 | 70 | MINUTE ORDER: A Motion Hearing is **set for September 9, 2024, at 11:00 AM** before Magistrate Judge Maritza Dominguez Braswell. The Hearing will be conducted by video using the attached instructions. During the Hearing, the Court will hear the parties' respective positions on the pending Motion to Stay (Doc. No. 44) and Motion for Leave to File Third Amended Complaint (Doc. No. 66 , 67 , 68 ). It appears Plaintiff has filed two redline versions of the proposed complaint and one clean. During the Hearing, the Court would like clarification from Plaintiff on which redline version corresponds to the clean version, as well as an explanation of the three separate filings. Also, during the Hearing, the Court would like the parties' position on the efficiencies of either: (1) permitting Plaintiff one final amendment at this stage with a re–filing of Defendant's motion to dismiss to fully address all claims; or (2) allowing Defendant a combined Reply and Response that both replies in support of Defendant's Motion to Dismiss, and also Responds to Plaintiff's Motion to Amend, thereby addressing whether and to what extent Plaintiffs proposed amendments would or would not cure the alleged defects in the currently operative complaint. By Magistrate Judge Maritza Dominguez Braswell on 8/27/2024. Text Only Entry (mdblc1) (Entered: 08/27/2024) |
| 08/29/2024 | 71 | RESPONSE *Defendant's Motion to Stay* by Plaintiff Colton John Harris. (Harris, Colton) (Entered: 08/29/2024) |
| 09/09/2024 | 72 | COURTROOM MINUTES for Motion Hearing held on 9/9/2024 before Magistrate Judge Maritza Dominguez Braswell. Plaintiff's 66 *Third MOTION for Leave to TO FILE THIRD AMENDED COMPLAINT* is **GRANTED**. The Clerk shall docket the proposed Amended Complaint at ECF No. 68 as the operative complaint. |

| | | Defendant's 44 *MOTION to Stay Proceedings Pending Resolution of Defendant's Motion to Dismiss Amended Complaint* is **GRANTED** and a **STAY** is imposed. Defendant's 64 *Motion to Dismiss for Failure to State a Claim* is denied as **MOOT**. FTR: Courtroom 101. (evaug ) (Entered: 09/11/2024) |
|---|---|---|
| 09/16/2024 | 73 | OPERATIVE THIRD AMENDED COMPLAINT against Take–Two Interactive Software, Inc., filed by Colton John Harris.(jrobe, ) (Additional attachment(s) added on 9/18/2024: # 1 Exhibit Screenshot showing account creation date on CFX.re, # 2 Exhibit Screenshot of the Tebex user agreement, # 3 Exhibit Screenshot of partnership agreement, # 4 Exhibit IP log and Google alert indicating unauthorized access, # 5 Exhibit Screenshot of Discord conversation, # 6 Exhibit Screenshot provided by the Take–Two Interactive employee confirming unau, # 7 Exhibit Screenshot of the November 2021 announcement, # 8 Exhibit Evidence of the account lockout/suspension, # 9 Exhibit Examples and comparisons of Plaintiffs work to Defendants DLC releases, # 10 Exhibit Shows the relevant Releases Rules and FAQ as displayed on the CFX forums, # 11 Exhibit Shows the statement made by Zee, "Don't come at me with basele, # 12 Exhibit Further confirms Zee's involvement with Titanium's statement, # 13 Exhibit Petition with over 2,000 signatuers highlighting the widespread distress, # 14 Exhibit Tebex Terms showing DMCA must be filed, providing evidence of the lack o, # 15 Exhibit Links to websites showing the substantial revenue contribution from DLCs) (evaug). Modified on 9/18/2024 to add exhibits from ECF No. 68 (evaug). (Entered: 09/16/2024) |
| 09/23/2024 | 74 | **STRICKEN** MOTION to Dismiss for Failure to State a Claim by Defendant Take–Two Interactive Software, Inc.. (Attachments: # 1 Affidavit Declaration of A. Ungberg, # 2 Exhibit 1 to Declaration of A. Ungberg, # 3 Exhibit 2 to Declaration of A. Ungberg, # 4 Exhibit 3 to Declaration of A. Ungberg)(Juarez, Carolyn) Modified on 9/23/2024 (pabsec, ). (Entered: 09/23/2024) |
| 09/23/2024 | 75 | ORDER by Chief Judge Philip A. Brimmer on 9/23/2024 re: 74 Defendant's Motion to Dismiss Third Amended Complaint Pursuant to F.R.C.P. 12(b)(6) is **STRICKEN** for failure to comply with this Court's Practice Standards. The Practice Standards state that "[a]ll motions... shall not exceed fifteen pages... [t]hese page limitations include the cover page, jurisdictional statement, statement of facts, procedural history, argument, authority, closing, signature block, and all other matters, except the certificate of service." Practice Standards (Civil Cases), Chief Judge Philip A. Brimmer, § III.A. Text Only Entry(pabsec, ) (Entered: 09/23/2024) |
| 09/23/2024 | 76 | MOTION to Dismiss for Failure to State a Claim by Defendant Take–Two Interactive Software, Inc.. (Attachments: # 1 Affidavit Declaration of A. Ungberg, # 2 Exhibit 1 to Declaration of A. Ungberg, # 3 Exhibit 2 to Declaration of A. Ungberg, # 4 Exhibit 3 to Declaration of A. Ungberg)(Juarez, Carolyn) (Entered: 09/23/2024) |
| 09/24/2024 | 77 | MEMORANDUM regarding 76 MOTION to Dismiss for Failure to State a Claim filed by Take–Two Interactive Software, Inc.Motion referred to Magistrate Judge Maritza Dominguez Braswell, by Chief Judge Philip A. Brimmer on 9/24/2024. Text Only Entry (pabsec, ) (Entered: 09/24/2024) |
| 09/24/2024 | 78 | First MOTION to Disqualify *PLAINTIFFS MOTION TO DISQUALIFY DEFENDANTS COUNSEL* by Plaintiff Colton John Harris. (Harris, Colton) (Entered: 09/24/2024) |
| 09/25/2024 | 79 | |

| | | MEMORANDUM regarding <u>78</u> First MOTION to Disqualify *PLAINTIFFS MOTION TO DISQUALIFY DEFENDANTS COUNSEL* filed by Colton John Harris. Motion referred to Magistrate Judge Maritza Dominguez Braswell, by Chief Judge Philip A. Brimmer on 9/25/2024. Text Only Entry (pabsec, ) (Entered: 09/25/2024) |
|---|---|---|
| 10/03/2024 | <u>80</u> | First MOTION to Clarify *PLAINTIFFS MOTION TO CLARIFY TIMELINE FOR RESOLUTION OF MOTION TO DISQUALIFY* by Plaintiff Colton John Harris. (Harris, Colton) (Entered: 10/03/2024) |
| 10/04/2024 | 81 | MEMORANDUM regarding <u>80</u> First MOTION to Clarify *PLAINTIFFS MOTION TO CLARIFY TIMELINE FOR RESOLUTION OF MOTION TO DISQUALIFY* filed by Colton John Harris. Motion referred to Magistrate Judge Maritza Dominguez Braswell, by Chief Judge Philip A. Brimmer on 10/4/2024. Text Only Entry (pablc6, ) (Entered: 10/04/2024) |
| 10/10/2024 | 82 | MINUTE ORDER denying <u>78</u> Plaintiff's Motion to Disqualify Defendant's Counsel. Mr. Ungberg is not acting as advocate for Defendant in this case as he has not entered an appearance of counsel and and Defendant has hired outside counsel to represent it in this matter. Therefore, Rule 3.7 of the Rules of Professional Conduct does not apply. <u>80</u> Plaintiff's Motion to Clarify Timeline for Resolution of Motion to Disqualify is moot. However, because Plaintiff contends the resolution of his disqualification motion was "essential before addressing the Defendants Motion to Dismiss," the Court *sua sponte* extends Plaintiff's deadline to respond to the Motion to Dismiss to October 25, 2024. By Magistrate Judge Maritza Dominguez Braswell on 10/10/2024. Text Only Entry(mdblc1) (Entered: 10/10/2024) |
| 10/11/2024 | <u>83</u> | Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. 1915. by Plaintiff Colton John Harris. (Harris, Colton) (Entered: 10/11/2024) |
| 10/11/2024 | <u>84</u> | First MOTION for Reconsideration *MOTION FOR RECONSIDERATION* by Plaintiff Colton John Harris. (Harris, Colton) (Entered: 10/11/2024) |
| 10/11/2024 | 85 | MEMORANDUM regarding <u>83</u> Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. 1915. filed by Colton John Harris, and <u>84</u> First MOTION for Reconsideration *MOTION FOR RECONSIDERATION* filed by Colton John Harris. Motions referred to Magistrate Judge Maritza Dominguez Braswell, by Chief Judge Philip A. Brimmer on 10/11/2024. Text Only Entry (pablc6, ) (Entered: 10/11/2024) |
| 10/11/2024 | 86 | MINUTE ORDER denying Plaintiff's <u>84</u> Motion for Reconsideration. The Court offers the following explanation to pro se Plaintiff: Rule 3.7 provides that, subject to some exceptions, a "lawyer shall not act as advocate at a trial in which the lawyer is likely to be a necessary witness." Thus, three elements must be met before the Court can apply this rule to disqualify someone. First, the lawyer must be a witness, and here, you are correct that this element is satisfied. Second, the lawyer must be an advocate, but here, there is no indication that Mr. Ungberg is serving as an advocate (or said another way, that he is acting as litigation counsel in this case). Third, the lawyer must be both an advocate and a witness, at ***trial***, and here it is too early to determine whether Mr. Ungberg will serve as either, during trial. Disqualification is an extraordinary remedy, and its primary purpose is to avoid jury confusion at trial. Therefore, courts often decline to grant motions for disqualification during pretrial proceedings. Nevertheless, the Court understands your concerns of bias and speculation as it concerns Mr. Ungberg's affidavit. You are free to raise those concerns in your response to the Motion to Dismiss. By Magistrate Judge Maritza Dominguez Braswell on 10/11/2024. Text Only Entry(mdblc5) (Entered: 10/11/2024) |

| 10/22/2024 | 87 | LETTER *INQUIRY REGARDING THE STATUS OF MOTION TO PROCEED IN FORMA PAUPERIS* by Plaintiff Colton John Harris. (Harris, Colton) (Entered: 10/22/2024) |
|---|---|---|
| 10/23/2024 | 88 | MINUTE ORDER denying without prejudice Plaintiff's 83 Motion for Leave to Proceed in Forma Pauperis (Including Waiver of Pacer and Court Fees). Plaintiff is directed to re–file his requests using court–approved forms available on the District of Colorado's website. (*See* Application to Proceed In District Court Without Prepaying Fees or Costs (Long Form); PACER Fee Exemption Request Form.) To the extent Plaintiff asks for a waiver of fees associated with "other legal processes," he should specify what this means. Additionally, to the extent Plaintiff seeks a waiver or PACER fees already incurred, his PACER fee application should note this. By Magistrate Judge Maritza Dominguez Braswell on 10/23/2024. Text Only Entry(mdblc1) (Entered: 10/23/2024) |
| 10/23/2024 | 89 | RESPONSE *PLAINTIFFS RESPONSE TO DEFENDANTS MOTION TO DISMISS* by Plaintiff Colton John Harris. (Attachments: # 1 Exhibit Original FiveM Platform Service Agreement and CFX.re Platform Service Agreement (Pre–Acquisition Terms))(Harris, Colton) (Entered: 10/23/2024) |
| 11/06/2024 | 90 | REPLY to Response to 76 MOTION to Dismiss for Failure to State a Claim filed by Defendant Take–Two Interactive Software, Inc.. (Attachments: # 1 Affidavit Second Declaration of A. Ungberg)(Juarez, Carolyn) (Entered: 11/06/2024) |
| 11/07/2024 | 91 | First MOTION to Amend/Correct/Modify *PLAINTIFFS MOTION TO MODIFY THE STAY FOR LIMITED PURPOSE OF FILING A MOTION FOR LEAVE TO FILE A SUR–REPLY* by Plaintiff Colton John Harris. (Harris, Colton) (Entered: 11/07/2024) |
| 11/07/2024 | 92 | MEMORANDUM regarding 91 First MOTION to Amend/Correct/Modify *PLAINTIFFS MOTION TO MODIFY THE STAY FOR LIMITED PURPOSE OF FILING A MOTION FOR LEAVE TO FILE A SUR–REPLY* filed by Colton John Harris. Motion referred to Magistrate Judge Maritza Dominguez Braswell, by Chief Judge Philip A. Brimmer on 11/07/2024. Text Only Entry (pabsec, ) (Entered: 11/07/2024) |
| 11/07/2024 | 93 | MINUTE ORDER: The Court construes ECF 91 as a motion for leave to file a sur–reply ("Motion") on the pending 76 Motion to Dismiss. The Motion is granted. Plaintiff's sur–reply shall be no more than six (6) pages, as this is approximately the length of Defendant's 90 Reply. The stay will remain in place. By Magistrate Judge Maritza Dominguez Braswell on 11/7/2024. Text Only Entry (mdblc5) (Entered: 11/07/2024) |
| 11/11/2024 | 94 | SURREPLY re 76 MOTION to Dismiss for Failure to State a Claim *PLAINTIFFS SUR–REPLY* filed by Plaintiff Colton John Harris. (Harris, Colton) (Entered: 11/11/2024) |
| 11/11/2024 | 95 | LETTER *CORRECTION OF FILING DATE* by Plaintiff Colton John Harris. (Harris, Colton) (Entered: 11/11/2024) |
| 11/12/2024 | 96 | First MOTION for Sanctions *PLAINTIFFS MOTION FOR SANCTIONS AGAINST DEFENDANT* by Plaintiff Colton John Harris. (Harris, Colton) (Entered: 11/12/2024) |
| 11/12/2024 | 97 | MEMORANDUM regarding 96 First MOTION for Sanctions *PLAINTIFFS MOTION FOR SANCTIONS AGAINST DEFENDANT* filed by Colton John Harris. |

13

| | | Motion referred to Magistrate Judge Maritza Dominguez Braswell, by Chief Judge Philip A. Brimmer on 11/12/2024. Text Only Entry (pabsec, ) (Entered: 11/12/2024) |
|---|---|---|
| 11/30/2024 | 98 | First MOTION to Lift Stay *MOTION TO PARTIALLY LIFT THE STAY FOR PROCEDURAL RESOLUTION* by Plaintiff Colton John Harris. (Harris, Colton) (Entered: 11/30/2024) |
| 12/02/2024 | 99 | MEMORANDUM regarding 98 First MOTION to Lift Stay *MOTION TO PARTIALLY LIFT THE STAY FOR PROCEDURAL RESOLUTION* filed by Colton John Harris. Motion referred to Magistrate Judge Maritza Dominguez Braswell, by Chief Judge Philip A. Brimmer on 12/02/2024. Text Only Entry (pabsec, ) (Entered: 12/02/2024) |
| 12/03/2024 | 100 | Second MOTION for Sanctions *SECOND MOTION FOR EMERGENCY SANCTIONS FOR SPOLIATION OF EVIDENCE* by Plaintiff Colton John Harris. (Harris, Colton) (Entered: 12/03/2024) |
| 12/03/2024 | 101 | First MOTION for Order to *MOTION FOR EMERGENCY PRESERVATION ORDER AND TO ADDRESS SPOLIATION* by Plaintiff Colton John Harris. (Attachments: # 1 Exhibit Exhibit Q – Cfx.re / Fivem forums post confirming / Twitter posts sharing said logic)(Harris, Colton) (Entered: 12/03/2024) |
| 12/03/2024 | 102 | First MOTION for Judgment *EMERGENCY MOTION FOR DEFAULT JUDGMENT* by Plaintiff Colton John Harris. (Attachments: # 1 Exhibit Exhibit Q – Cfx.re / Fivem forums post confirming / Twitter posts sharing said logic)(Harris, Colton) (Entered: 12/03/2024) |
| 12/03/2024 | 103 | LETTER *LETTER TO THE COURT NOTICE OF EXHIBIT Q ERROR* by Plaintiff Colton John Harris. (Attachments: # 1 Exhibit Exhibit Q – Cfx.re / Fivem forums post confirming / Twitter posts sharing said logic)(Harris, Colton) (Entered: 12/03/2024) |
| 12/03/2024 | 104 | MEMORANDUM regarding 102 First MOTION for Judgment *EMERGENCY MOTION FOR DEFAULT JUDGMENT* filed by Colton John Harris, 100 Second MOTION for Sanctions *SECOND MOTION FOR EMERGENCY SANCTIONS FOR SPOLIATION OF EVIDENCE* filed by Colton John Harris, 101 First MOTION for Order to *MOTION FOR EMERGENCY PRESERVATION ORDER AND TO ADDRESS SPOLIATION* filed by Colton John Harris. Motions referred to Magistrate Judge Maritza Dominguez Braswell, by Chief Judge Philip A. Brimmer on 12/03/2024. Text Only Entry (pabsec, ) (Entered: 12/03/2024) |
| 12/03/2024 | 105 | MINUTE ORDER:The Court acknowledges Plaintiff's 96 First Motion for Sanctions, 100 Second Motion for Sanctions, 101 Motion for Emergency Preservation Order, and 102 Emergency Motion for Default Judgment. The current stay does not preclude the Court from considering any motion, as appropriate. Thus, Plaintiff's 98 Motion to Lift the Stay is **denied as moot**. Additionally, and to ensure *pro se* Plaintiff has a full opportunity to be heard, as well as to ensure the Court is fully apprised in all matters before issuing a Recommendation and/or Order on any pending motion, the Court hereby sets a hearing on all pending motions, (ECF 76 , 96 , 100 , 101 , 102 ). The hearing is **set for January 27, 2025, at 11:30 AM** before Magistrate Judge Maritza Dominguez Braswell, and will be conducted by video using the attached instructions. To the extent Defendant intends to respond to Plaintiff's motions (ECF 96 , 100 , 101 , 102 ), it shall do so in one combined response, to be filed no later than **January 8, 2025**. If Defendant responds and Plaintiff wishes to reply, he must do so in one document, to be filed no later than **January 21, 2025**. By Magistrate Judge Maritza |

| | | Dominguez Braswell on 12/3/2024. Text Only Entry (mdblc5) (Entered: 12/03/2024) |
|---|---|---|
| 12/08/2024 | 106 | **WITHDRAWN** BRIEF *SUPPLEMENTARY BRIEF IN SUPPORT OF MOTION FOR SANCTIONS (Doc. 96)* by Plaintiff Colton John Harris. (Harris, Colton) Modified on 12/19/2024 (pabsec, ). (Entered: 12/08/2024) |
| 12/08/2024 | 107 | First MOTION to Supplement *SUPPLEMENTARY MOTION FOR DEFAULT JUDGMENT AND SANCTIONS* by Plaintiff Colton John Harris. (Harris, Colton) (Entered: 12/08/2024) |
| 12/09/2024 | 108 | MEMORANDUM regarding 107 First MOTION to Supplement *SUPPLEMENTARY MOTION FOR DEFAULT JUDGMENT AND SANCTIONS* filed by Colton John Harris. Motion referred to Magistrate Judge Maritza Dominguez Braswell, by Chief Judge Philip A. Brimmer on 12/09/2024. Text Only Entry (pabsec, ) (Entered: 12/09/2024) |
| 12/10/2024 | 109 | OBJECTION/Appeal of Magistrate Judge Decision to District Court *OBJECTION TO MINUTE ORDER (DOC.105) ON PROCEDURAL HANDLING OF MOTIONS* by Plaintiff Colton John Harris. (Harris, Colton) (Entered: 12/10/2024) |
| 12/10/2024 | 110 | First MOTION for Entry of Default as to *MOTION FOR ENTRY OF DEFAULT* by Plaintiff Colton John Harris. (Attachments: # 1 Exhibit Affidavit of Default, affirming Defendants failure to respond to (Doc. 96) within the required time., # 2 Exhibit Proof of Service for (Doc. 96), confirming proper service on Defendant., # 3 Exhibit Relevant docket entries confirming Defendants non–response to (Doc. 96).)(Harris, Colton) (Entered: 12/10/2024) |
| 12/10/2024 | 111 | CLERK'S NOTE REGARDING DEFAULT: Default will not be entered as to Take–Two Interactive Software, Inc. as: the deadline for the response to the 96 First MOTION for Sanctions PLAINTIFFS MOTION FOR SANCTIONS AGAINST DEFENDANT has not elapsed due to 105 Minute Order from Magistrate Judge Maritza Dominguez Braswell which states that the defendant has until January 8, 2025 to respond. Text Only Entry (dgumb, ) (Entered: 12/10/2024) |
| 12/10/2024 | 112 | MINUTE ORDER by Chief Judge Philip A. Brimmer on 12/10/24. Defendant shall respond to plaintiff's 109 Objection to Minute Order (Doc. 105) on Procedural Handling of Motions on or before **December 23, 2024**. Text Only Entry (pabsec, ) (Entered: 12/10/2024) |
| 12/10/2024 | 113 | First MOTION for Reconsideration *REQUEST FOR RECONSIDERATION OF CLERK'S DENIAL OF ENTRY OF DEFAULT* by Plaintiff Colton John Harris. (Harris, Colton) (Entered: 12/10/2024) |
| 12/10/2024 | 114 | MEMORANDUM regarding 113 First MOTION for Reconsideration *REQUEST FOR RECONSIDERATION OF CLERK'S DENIAL OF ENTRY OF DEFAULT* filed by Colton John Harris. Motion referred to Magistrate Judge Maritza Dominguez Braswell, by Chief Judge Philip A. Brimmer on 12/10/2024. Text Only Entry (pabsec, ) (Entered: 12/10/2024) |
| 12/10/2024 | 115 | **WITHDRAWN** OBJECTIONS to *OBJECTION TO MINUTE ORDER (DOC. 112) BY CHIEF JUDGE BRIMMER* by Plaintiff Colton John Harris. (Harris, Colton) Modified on 12/18/2024 (pabsec, ). (Entered: 12/10/2024) |
| 12/10/2024 | 116 | First MOTION to Supplement *SUPPLEMENTAL CLARIFICATION TO DOC. 113: REQUEST FOR RECONSIDERATION OF CLERKS DENIAL OF ENTRY OF DEFAULT* by Plaintiff Colton John Harris. (Harris, Colton) (Entered: 12/10/2024) |

| 12/10/2024 | 117 | OBJECTIONS to *PROCEDURAL OBJECTION TO CLERKS NOTE REGARDING DEFAULT (DOC. 111)* by Plaintiff Colton John Harris. (Harris, Colton) Modified on 1/21/2025 to place gavel (dgumb, ). (Entered: 12/10/2024) |
| 12/11/2024 | 118 | MEMORANDUM regarding 116 First MOTION to Supplement *SUPPLEMENTAL CLARIFICATION TO DOC. 113: REQUEST FOR RECONSIDERATION OF CLERKS DENIAL OF ENTRY OF DEFAULT* filed by Colton John Harris. Motion referred to Magistrate Judge Maritza Dominguez Braswell, by Chief Judge Philip A. Brimmer on 12/11/2024. Text Only Entry (pabsec, ) (Entered: 12/11/2024) |
| 12/11/2024 | 119 | LETTER *LETTER TO CLERK REQUESTING ENTRY OF DEFAULT IN HARRIS V. TAKE−TWO INTERACTIVE SOFTWARE, INC. (CASE NO. 1:24−CV−1508)* by Plaintiff Colton John Harris. (Attachments: # 1 Exhibit Affidavit of Default, affirming Defendants failure to respond to (Doc. 96) also See. (110), # 2 Exhibit Proof of Service for (Doc. 96), confirming proper service on Defendant. also See. (110), # 3 Exhibit Relevant docket entries confirming Defendants non−response to (Doc. 96). also See. (110))(Harris, Colton) (Entered: 12/11/2024) |
| 12/11/2024 | 120 | First MOTION to Exclude *MOTION TO EXCLUDE ELECTRONIC EVIDENCE* by Plaintiff Colton John Harris. (Attachments: # 1 Exhibit Cfx.re / Fivem forums post confirming / Twitter posts sharing said logic)(Harris, Colton) (Entered: 12/11/2024) |
| 12/12/2024 | 121 | MEMORANDUM regarding 120 First MOTION to Exclude *MOTION TO EXCLUDE ELECTRONIC EVIDENCE* filed by Colton John Harris. Motion referred to Magistrate Judge Maritza Dominguez Braswell, by Chief Judge Philip A. Brimmer on 12/12/2024. Text Only Entry (pabsec, ) (Entered: 12/12/2024) |
| 12/12/2024 | 122 | CLERK'S NOTE REGARDING DEFAULT: Default will not be entered as to Take−Two Interactive Software, Inc. as: the deadline for the response to the 96 First MOTION for Sanctions PLAINTIFFS MOTION FOR SANCTIONS AGAINST DEFENDANT has not elapsed due to 105 Minute Order from Magistrate Judge Maritza Dominguez Braswell which states that the defendant has until January 8, 2025 to respond. Text Only Entry (dgumb, ) (Entered: 12/12/2024) |
| 12/12/2024 | 123 | MINUTE ORDER: A Status Conference is **set for December 17, 2024, at 1:00 PM** before Magistrate Judge Maritza Dominguez Braswell. The Conference will be conducted by video using the attached instructions. By Magistrate Judge Maritza Dominguez Braswell on 12/12/2024. Text Only Entry (mdblc5) (Entered: 12/12/2024) |
| 12/12/2024 | 124 | OBJECTION/Appeal of Magistrate Judge Decision to District Court *PLAINTIFFS OBJECTION TO STATUS CONFERENCE AND REQUEST FOR WRITTEN DOCUMENTATION OF PROCEDURAL MATTERS (DECEMBER 17, 2024)* by Plaintiff Colton John Harris. (Harris, Colton) (Entered: 12/12/2024) |
| 12/13/2024 | 125 | MINUTE ORDER by Chief Judge Philip A. Brimmer on 12/13/2024, re: 124 Plaintiff's Objection to Status Conference and Request for Written Documentation of Procedural Matters (December 17, 2024) is **OVERRULED**. (dgumb, ) (Entered: 12/13/2024) |
| 12/17/2024 | 126 | First MOTION to Withdraw *NOTICE OF WITHDRAWAL OF OBJECTION (DOC. 115)* by Plaintiff Colton John Harris. (Harris, Colton) (Entered: 12/17/2024) |
| 12/17/2024 | 129 | COURTROOM MINUTES for Status Conference held on 12/17/2024 before Magistrate Judge Maritza Dominguez Braswell. Plaintiff's oral motion for |

| | | preservation of evidence is GRANTED. Post–Conference Notes: The hearing set for 1/27/2025 is VACATED. The Court will issue a separate written order for a transcript of this hearing. FTR: Courtroom 101. (evaug) (Main Document 129 replaced on 12/19/2024) Original document was missing the letter m from the last word of the footnote on page 2 (evaug ). Modified on 12/19/2024 to identify reason document was replaced (evaug ). (Entered: 12/18/2024) |
|---|---|---|
| 12/18/2024 | 127 | ORDER by Chief Judge Philip A. Brimmer on 12/18/24 re: 126 plaintiff's Notice of Withdrawal of Objection (Doc. 115) is **GRANTED**. Plaintiff's 115 Objection to Minute Order (Doc. 112) by Chief Judge Brimmer is **WITHDRAWN**. Text Only Entry(pabsec, ) (Entered: 12/18/2024) |
| 12/18/2024 | 128 | NOTICE *IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO Civil Action No. 1:24–cv–1508 COLTON JOHN HARRIS, Plaintiff, v. TAKE–TWO INTERACTIVE SOFTWARE, INC., a Delaware corporation, Defendant. NOTICE OF WITHDRAWAL OF SUPPLEMENTARY BRIEF (DOC. 106)* by Plaintiff Colton John Harris (Harris, Colton) (Entered: 12/18/2024) |
| 12/19/2024 | 130 | MINUTE ORDER by Chief Judge Philip A. Brimmer on 12/19/24 re: 128 plaintiff's Notice of Withdrawal of Supplementary Brief (Doc. 106) is GRANTED. Plaintiff's 106 Supplementary Brief in Support of Motion for Sanctions (Doc. 96) is **WITHDRAWN**. Text Only Entry (pabsec, ) (Entered: 12/19/2024) |
| 12/19/2024 | 131 | MINUTE ORDER: Pursuant to the Courtroom Minutes for the Status Conference held on 12/17/2024 129 , the Court requests a transcript of hearing. By Magistrate Judge Maritza Dominguez Braswell on 12/19/2024. Text Only Entry (evaug) (Entered: 12/19/2024) |
| 12/20/2024 | 132 | RESPONSE to 109 Objection/Appeal of Magistrate Judge Decision *on Procedural Handling of Motions* filed by Defendant Take–Two Interactive Software, Inc.. (Juarez, Carolyn) (Entered: 12/20/2024) |
| 12/23/2024 | 133 | REPLY *PLAINTIFFS REPLY TO DEFENDANTS RESPONSE TO OBJECTION/APPEAL OF MAGISTRATE JUDGE DECISION AND PATTERN OF EVASION AND PROCEDURAL MISCONDUCT* by Plaintiff Colton John Harris. (Harris, Colton) (Entered: 12/23/2024) |
| 12/26/2024 | 134 | **WITHDRAWN** First MOTION to Clarify *PLAINTIFF'S REQUEST FOR CLARIFICATION OR STATUS UPDATE* by Plaintiff Colton John Harris. (Harris, Colton) Modified on 1/22/2025 (pabsec, ). (Entered: 12/26/2024) |
| 12/26/2024 | 135 | First MOTION to Stay *PLAINTIFFS MOTION TO STAY PENDING RESOLUTION OF OBJECTION TO MINUTE ORDER (DOC. 109)* by Plaintiff Colton John Harris. (Harris, Colton) (Entered: 12/26/2024) |
| 12/26/2024 | 136 | First MOTION to Withdraw *NOTICE OF WITHDRAWAL OF MOTION TO CLARIFY (DOC. 134)* by Plaintiff Colton John Harris. (Harris, Colton) (Entered: 12/26/2024) |
| 12/31/2024 | 137 | OBJECTION/Appeal of Magistrate Judge Decision to District Court *PLAINTIFFS OBJECTION TO COURTROOM MINUTES (DOC. 129)* by Plaintiff Colton John Harris. (Harris, Colton) (Entered: 12/31/2024) |
| 01/08/2025 | 138 | RESPONSE to 102 First MOTION for Judgment *EMERGENCY MOTION FOR DEFAULT JUDGMENT*, 100 Second MOTION for Sanctions *SECOND MOTION FOR EMERGENCY SANCTIONS FOR SPOLIATION OF EVIDENCE*, 96 First |

| | | |
|---|---|---|
| | | MOTION for Sanctions *PLAINTIFFS MOTION FOR SANCTIONS AGAINST DEFENDANT*, 101 First MOTION for Order to *MOTION FOR EMERGENCY PRESERVATION ORDER AND TO ADDRESS SPOLIATION*, 116 First MOTION to Supplement *SUPPLEMENTAL CLARIFICATION TO DOC. 113: REQUEST FOR RECONSIDERATION OF CLERKS DENIAL OF ENTRY OF DEFAULT*, 113 First MOTION for Reconsideration *REQUEST FOR RECONSIDERATION OF CLERK'S DENIAL OF ENTRY OF DEFAULT*, 120 First MOTION to Exclude *MOTION TO EXCLUDE ELECTRONIC EVIDENCE*, 107 First MOTION to Supplement *SUPPLEMENTARY MOTION FOR DEFAULT JUDGMENT AND SANCTIONS* filed by Defendant Take–Two Interactive Software, Inc.. (Attachments: # 1 Affidavit Declaration of A. Ungberg)(Juarez, Carolyn) (Entered: 01/08/2025) |
| 01/09/2025 | 139 | OBJECTIONS to *PLAINTIFFS OBJECTION TO DEFENDANTS NON–COMPLIANCE WITH PAGE LIMITS* by Plaintiff Colton John Harris. (Harris, Colton) Modified on 1/21/2025 to place gavel(dgumb, ). (Entered: 01/09/2025) |
| 01/09/2025 | 140 | NOTICE *NOTICE OF CORRECTION REGARDING FILING DATE* by Plaintiff Colton John Harris (Harris, Colton) (Entered: 01/09/2025) |
| 01/10/2025 | 141 | NOTICE *NOTICE OF WITHDRAWAL OF CONSENT TO MAGISTRATE JUDGE* by Plaintiff Colton John Harris (Harris, Colton) (Entered: 01/10/2025) |
| 01/11/2025 | 142 | First MOTION to Vacate *MOTION TO VACATE REFERRALS TO MAGISTRATE JUDGE* by Plaintiff Colton John Harris. (Harris, Colton) (Entered: 01/11/2025) |
| 01/14/2025 | 143 | RESPONSE to 137 Objection/Appeal of Magistrate Judge Decision *Regarding Plaintiff's Objection to Courtroom Minutes* filed by Defendant Take–Two Interactive Software, Inc.. (Juarez, Carolyn) (Entered: 01/14/2025) |
| 01/14/2025 | 144 | First MOTION to Expedite *Motion to Expedite Ruling on Plaintiffs Motion to Vacate Referrals to Magistrate Judge (Docket 142)* by Plaintiff Colton John Harris. (Harris, Colton) (Entered: 01/14/2025) |
| 01/15/2025 | 145 | First MOTION to Vacate *MOTION TO VACATE AND FOR RELIEF FROM PROCEDURAL IMPROPRIETY IN THE DECEMBER 17, 2024 HEARING* by Plaintiff Colton John Harris. (Harris, Colton) (Entered: 01/15/2025) |
| 01/16/2025 | 146 | RESPONSE to 135 First MOTION to Stay *PLAINTIFFS MOTION TO STAY PENDING RESOLUTION OF OBJECTION TO MINUTE ORDER (DOC. 109)* filed by Defendant Take–Two Interactive Software, Inc.. (Juarez, Carolyn) (Entered: 01/16/2025) |
| 01/16/2025 | 147 | NOTICE *PLAINTIFFS NOTICE OF COMPLIANCE WITH RESPONSE DEADLINE AND RESERVATION OF RIGHTS* by Plaintiff Colton John Harris (Harris, Colton) (Entered: 01/16/2025) |
| 01/21/2025 | 148 | TRANSCRIPT of STATUS CONFERENCE held on 12/17/2024 before Magistrate Judge Braswell. Pages: 1–40. Prepared by: AB Litigation Services (303–629–8534). **NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.** |

| | | |
|---|---|---|
| | | Transcript may only be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (AB Court Reporting & Video, Inc., ) (Entered: 01/21/2025) |
| 01/21/2025 | 149 | MEMORANDUM regarding 109 OBJECTION/Appeal of Magistrate Judge Decision to District Court *OBJECTION TO MINUTE ORDER (DOC.105) ON PROCEDURAL HANDLING OF MOTIONS* filed by Plaintiff Colton John Harris. filed by Colton John Harris, 139 MOTION for Order to filed by Colton John Harris, 137 OBJECTION/Appeal of Magistrate Judge Decision to District Court *PLAINTIFFS OBJECTION TO COURTROOM MINUTES (DOC. 129)* by Plaintiff Colton John Harris. filed by Colton John Harris, 117 MOTION for Order to filed by Colton John Harris, 135 First MOTION to Stay *PLAINTIFFS MOTION TO STAY PENDING RESOLUTION OF OBJECTION TO MINUTE ORDER (DOC. 109)* filed by Colton John Harris, 134 First MOTION to Clarify *PLAINTIFF'S REQUEST FOR CLARIFICATION OR STATUS UPDATE* filed by Colton John Harris. Motions referred to Magistrate Judge Maritza Dominguez Braswell, by Chief Judge Philip A. Brimmer on 1/21/2025. Text Only Entry (pabsec, ) (Entered: 01/21/2025) |
| 01/22/2025 | | Motion(s) No Longer Referred: 134 First MOTION to Clarify *PLAINTIFF'S REQUEST FOR CLARIFICATION OR STATUS UPDATE*, by Chief Judge Philip A. Brimmer on 1/22/2025. Text Only Entry (pabsec, ) (Entered: 01/22/2025) |
| 01/22/2025 | 150 | ORDER by Chief Judge Philip A. Brimmer on 1/22/2025 re: 136 Motion to Withdraw Docket No. 134 is GRANTED. Plaintiff's 134 Motion to Clarify is WITHDRAWN. Text Only Entry(pabsec, ) (Entered: 01/22/2025) |
| 01/22/2025 | 151 | CERTIFICATE of Mailing by Clerk of Court of the Transcript docketed at 148 to Colton John Harris at 3100 Wood Avenue, G17, Colorado Springs, CO 80903 via Certified Mail No. 7022 2410 0002 3032 0389. Text Only Entry. (evaug ) (Entered: 01/23/2025) |
| 01/23/2025 | 152 | First MOTION to Strike *EMERGENCY MOTION TO STRIKE UNAUTHORIZED TRANSCRIPT & ADDRESS PROCEDURAL IRREGULARITIES* by Plaintiff Colton John Harris. (Harris, Colton) (Entered: 01/23/2025) |
| 01/23/2025 | 153 | NOTICE *PLAINTIFFS NOTICE REGARDING COURTS PROCEDURAL HANDLING OF MOTIONS & FAILURE TO ADDRESS PENDING FILINGS* by Plaintiff Colton John Harris (Harris, Colton) (Entered: 01/23/2025) |
| 01/24/2025 | 154 | MEMORANDUM regarding 152 First MOTION to Strike *EMERGENCY MOTION TO STRIKE UNAUTHORIZED TRANSCRIPT & ADDRESS PROCEDURAL IRREGULARITIES* filed by Colton John Harris. Motion referred to Magistrate Judge Maritza Dominguez Braswell, by Chief Judge Philip A. Brimmer on 1/24/2025. Text Only Entry (pabsec, ) (Entered: 01/24/2025) |
| 01/24/2025 | 155 | ORDER by Chief Judge Philip A. Brimmer on 1/24/2025, re: 142 Motion to Vacate Referrals to Magistrate Judge is **DENIED. ORDERED** the Motion to Expedite Ruling on Plaintiff's Motion to Vacate Referrals to Magistrate Judge (Docket 142 ) [Docket No. 144 ] is **DENIED. ORDERED** the Motion to Vacate and for Relief from Procedural Impropriety in the December 17, 2024 Hearing [Docket No. 145 ] is **DENIED** and the objections in the motion are **OVERRULED**.(dgumb, ) (Entered: 01/24/2025) |
| 01/26/2025 | 156 | First MOTION to Amend/Correct/Modify *PLAINTIFFS MOTION TO CORRECT THE RECORD IN ORDER (DOCKET NO. 155) TO REFLECT ACCURATE* |

| | | |
|---|---|---|
| | | *FACTUAL REPRESENTATION* by Plaintiff Colton John Harris. (Harris, Colton) (Entered: 01/26/2025) |
| 01/26/2025 | 157 | NOTICE *PLAINTIFFS REQUEST FOR JUDICIAL NOTICE* by Plaintiff Colton John Harris (Harris, Colton) (Entered: 01/26/2025) |
| 01/26/2025 | 158 | NOTICE *PLAINTIFFS NOTICE OF MINOR CLERICAL ERROR IN PLAINTIFFS MOTION TO CORRECT THE RECORD (DOCKET NO. 155)* by Plaintiff Colton John Harris (Harris, Colton) (Entered: 01/26/2025) |
| 01/30/2025 | 159 | RESPONSE to 139 MOTION for Order to *Plaintiff's Objection re: Defendant's Compliance With Page Limits* filed by Defendant Take–Two Interactive Software, Inc.. (Juarez, Carolyn) (Entered: 01/30/2025) |
| 02/10/2025 | 160 | First MOTION for Sanctions *PLAINTIFFS EMERGENCY MOTION FOR RULE 11 SANCTIONS, TO STRIKE DEFENDANTS MOTION TO DISMISS, AND FOR EXPEDITED RULING* by Plaintiff Colton John Harris. (Harris, Colton) (Entered: 02/10/2025) |
| 02/10/2025 | 161 | MEMORANDUM regarding 160 First MOTION for Sanctions *PLAINTIFFS EMERGENCY MOTION FOR RULE 11 SANCTIONS, TO STRIKE DEFENDANTS MOTION TO DISMISS, AND FOR EXPEDITED RULING* filed by Colton John Harris. Motion referred to Magistrate Judge Maritza Dominguez Braswell, by Chief Judge Philip A. Brimmer on 2/10/2025. Text Only Entry (pabsec, ) (Entered: 02/10/2025) |
| 02/10/2025 | 162 | MINUTE ORDER by Chief Judge Philip A. Brimmer on 2/10/2025, re: 156 Plaintiff's Motion to Correct the Record in (Docket No. 155 ) to Reflect Accurate Factual Representations is **DENIED**.(dgumb, ) (Entered: 02/10/2025) |
| 02/10/2025 | 163 | First MOTION to Clarify *PLAINTIFFS MOTION FOR CLARIFICATION REGARDING ORDER (DOCKET NO. 162)* by Plaintiff Colton John Harris. (Harris, Colton) (Entered: 02/10/2025) |
| 02/12/2025 | 164 | First MOTION for Hearing/Conference *PLAINTIFFS EMERGENCY MOTION FOR HEARING BEFORE CHIEF JUDGE PHILIP A. BRIMMER* by Plaintiff Colton John Harris. (Harris, Colton) (Entered: 02/12/2025) |
| 02/13/2025 | 165 | MINUTE ORDER by Chief Judge Philip A. Brimmer on 2/13/2025, re: 163 Plaintiff's Motion for Clarification Regarding Order (Docket No. 162 ) is **DENIED. ORDERED** that Plaintiff's Emergency Motion for Hearing Before Chief Judge Philip A. Brimmer [Docket No. 164 ] is **DENIED**.(dgumb, ) (Entered: 02/13/2025) |
| 02/13/2025 | 166 | RESPONSE to 152 First MOTION to Strike *EMERGENCY MOTION TO STRIKE UNAUTHORIZED TRANSCRIPT & ADDRESS PROCEDURAL IRREGULARITIES* filed by Defendant Take–Two Interactive Software, Inc.. (Juarez, Carolyn) (Entered: 02/13/2025) |
| 02/14/2025 | 167 | First MOTION for Reconsideration *PLAINTIFFS MOTION FOR RECONSIDERATION OF ORDER (Dkt. 165)* by Plaintiff Colton John Harris. (Harris, Colton) (Entered: 02/14/2025) |
| 02/14/2025 | 168 | MINUTE ORDER: Plaintiff's 135 Motion to Stay Pending Resolution of Objection to Minute Order is denied as MOOT. The case is already stayed. *See* ECF 72 . Additionally, Plaintiff's 139 Objection to Defendant's Non–Compliance with Page Limits is DENIED. Excluding the certificates of service, Defendant's 138 Response |

20

| | | does not exceed fifteen pages. By Magistrate Judge Maritza Dominguez Braswell on 2/14/2025. Text Only Entry (mdblc5) (Entered: 02/14/2025) |
|---|---|---|
| 02/14/2025 | 169 | RESPONSE to 157 Notice (Other) *Plaintiff's Request for Judicial Notice* by Defendant Take–Two Interactive Software, Inc.. (Juarez, Carolyn) (Entered: 02/14/2025) |
| 02/15/2025 | 170 | REPLY *PLAINTIFF'S REPLY TO DEFENDANTS RESPONSE TO REQUEST FOR JUDICIAL NOTICE* by Plaintiff Colton John Harris. (Harris, Colton) (Entered: 02/15/2025) |
| 03/03/2025 | 171 | RESPONSE to 160 First MOTION for Sanctions *PLAINTIFFS EMERGENCY MOTION FOR RULE 11 SANCTIONS, TO STRIKE DEFENDANTS MOTION TO DISMISS, AND FOR EXPEDITED RULING* filed by Defendant Take–Two Interactive Software, Inc.. (Juarez, Carolyn) (Entered: 03/03/2025) |
| 03/04/2025 | 172 | REPLY to Response to 160 First MOTION for Sanctions *PLAINTIFFS EMERGENCY MOTION FOR RULE 11 SANCTIONS, TO STRIKE DEFENDANTS MOTION TO DISMISS, AND FOR EXPEDITED RULING* filed by Plaintiff Colton John Harris. (Harris, Colton) (Entered: 03/04/2025) |
| 03/06/2025 | 173 | RESPONSE to 167 First MOTION for Reconsideration *PLAINTIFFS MOTION FOR RECONSIDERATION OF ORDER (Dkt. 165)* filed by Defendant Take–Two Interactive Software, Inc.. (Attachments: # 1 Exhibit Al–Hamim v. Star Hearthstone, LLC, 2024 WL 5230126 (Colo. Ct. App. Dec. 26, 2024))(Juarez, Carolyn) (Entered: 03/06/2025) |
| 03/07/2025 | 174 | NOTICE *PLAINTIFFS NOTICE OF CORRECTION REGARDING MOTION FOR RECONSIDERATION (Dkt. 167)* by Plaintiff Colton John Harris (Harris, Colton) (Entered: 03/07/2025) |
| 03/11/2025 | 175 | First MOTION for Sanctions *PLAINTIFFS EMERGENCY MOTION FOR SANCTIONS AGAINST DEFENDANT TAKE–TWO INTERACTIVE SOFTWARE, INC. FOR KNOWINGLY SUBMITTING FALSE EVIDENCE UNDER PENALTY OF PERJURY* by Plaintiff Colton John Harris. (Attachments: # 1 Exhibit Exhibit Screenshot showing account creation date on CFX.re and Real User Name Hollywoodiownu NOT Hollywoodiownyou)(Harris, Colton) (Entered: 03/11/2025) |
| 03/11/2025 | 176 | NOTICE *PLAINTIFFS NOTICE TO THE COURT REGARDING DEFENDANTS REPEATED SUBMISSION OF FALSE EVIDENCE* by Plaintiff Colton John Harris (Harris, Colton) (Entered: 03/11/2025) |
| 03/12/2025 | 177 | MEMORANDUM regarding 175 First MOTION for Sanctions *PLAINTIFFS EMERGENCY MOTION FOR SANCTIONS AGAINST DEFENDANT TAKE–TWO INTERACTIVE SOFTWARE, INC. FOR KNOWINGLY SUBMITTING FALSE EVIDENCE UNDER PENALTY OF PERJURY* filed by Colton John Harris. Motion referred to Magistrate Judge Maritza Dominguez Braswell, by Chief Judge Philip A. Brimmer on 3/12/2025. Text Only Entry (pabsec, ) (Entered: 03/12/2025) |
| 03/17/2025 | 178 | First MOTION to Clarify *PLAINTIFFS MOTION FOR CLARIFICATION REGARDING COURTS APPLICATION OF THE 21–DAY RULE* by Plaintiff Colton John Harris. (Attachments: # 1 Exhibit Judicial Oath under 28 U.S.C. § 453, # 2 Exhibit Article VI Supremacy Clause, # 3 Exhibit Fourteenth Amendment Due Process Clause, # 4 Exhibit Relevant Constitutional Provisions, # 5 Exhibit Chief Judge Philip A. Brimmers Practice Standards (Civil Cases), # 6 Exhibit Marbury v. |

| | | Madison, 5 U.S. 137 (1803))(Harris, Colton) (Entered: 03/17/2025) |
|---|---|---|
| 03/18/2025 | 179 | MEMORANDUM regarding 178 First MOTION to Clarify *PLAINTIFFS MOTION FOR CLARIFICATION REGARDING COURTS APPLICATION OF THE 21−DAY RULE* filed by Colton John Harris. Motion referred to Magistrate Judge Maritza Dominguez Braswell, by Chief Judge Philip A. Brimmer on 3/18/2025. Text Only Entry (pabsec, ) (Entered: 03/18/2025) |
| 03/21/2025 | 180 | NOTICE *PLAINTIFFS NOTICE OF IMPROPER LEGAL FEES REQUEST BY DEFENDANT* by Plaintiff Colton John Harris (Harris, Colton) (Entered: 03/21/2025) |
| 03/22/2025 | 181 | NOTICE re 180 Notice (Other) *PLAINTIFFS SUPPLEMENTAL NOTICE CLARIFYING REFERENCE TO DEFENDANTS FILING* by Plaintiff Colton John Harris (Harris, Colton) (Entered: 03/22/2025) |
| 04/01/2025 | 182 | RESPONSE to 175 First MOTION for Sanctions *PLAINTIFFS EMERGENCY MOTION FOR SANCTIONS AGAINST DEFENDANT TAKE−TWO INTERACTIVE SOFTWARE, INC. FOR KNOWINGLY SUBMITTING FALSE EVIDENCE UNDER PENALTY OF PERJURY* filed by Defendant Take−Two Interactive Software, Inc.. (Attachments: # 1 Affidavit Declaration of A. Ungberg)(Juarez, Carolyn) (Entered: 04/01/2025) |
| 04/02/2025 | 183 | REPLY to Response to 175 First MOTION for Sanctions *PLAINTIFFS EMERGENCY MOTION FOR SANCTIONS AGAINST DEFENDANT TAKE−TWO INTERACTIVE SOFTWARE, INC. FOR KNOWINGLY SUBMITTING FALSE EVIDENCE UNDER PENALTY OF PERJURY PLAINTIFFS REPLY TO DEFENDANTS RESPONSE TO MOTION FOR SANCTIONS* filed by Plaintiff Colton John Harris. (Attachments: # 1 Exhibit Email from Carolyn Juarez Take Two Counsel)(Harris, Colton) (Entered: 04/02/2025) |
| 04/13/2025 | 184 | NOTICE *NOTICE OF NON−RESPONSE TO PLAINTIFFS MOTION FOR CLARIFICATION REGARDING THE 21−DAY RULE* by Plaintiff Colton John Harris (Harris, Colton) (Entered: 04/13/2025) |
| 04/14/2025 | 185 | First MOTION for Ruling *MOTION FOR RULING AND PROCEDURAL ENFORCEMENT REGARDING DKT. 178 (CLARIFICATION OF 21−DAY RULE)* by Plaintiff Colton John Harris. (Harris, Colton) (Entered: 04/14/2025) |
| 04/14/2025 | 186 | NOTICE *NOTICE OF PROCEDURAL DEADLOCK* by Plaintiff Colton John Harris (Harris, Colton) (Entered: 04/14/2025) |
| 04/15/2025 | 187 | MEMORANDUM regarding 185 First MOTION for Ruling *MOTION FOR RULING AND PROCEDURAL ENFORCEMENT REGARDING DKT. 178 (CLARIFICATION OF 21−DAY RULE)* filed by Colton John Harris. Motion referred to Magistrate Judge Maritza Dominguez Braswell, by Chief Judge Philip A. Brimmer on 4/15/2025. Text Only Entry (pabsec, ) (Entered: 04/15/2025) |
| 04/15/2025 | 188 | NOTICE *NOTICE REINFORCING PROCEDURAL DEADLOCK CONFIRMATION* by Plaintiff Colton John Harris (Harris, Colton) (Entered: 04/15/2025) |
| 04/18/2025 | 189 | NOTICE *NOTICE OF CLARIFICATION REGARDING PARAPHRASE OF STATUS CONFERENCE (DKT. 148)* by Plaintiff Colton John Harris (Harris, Colton) (Entered: 04/18/2025) |
| 04/18/2025 | 190 | LETTER *LETTER TO CLERK OF COURT REGARDING PROCEDURAL BASIS FOR DKT. 111 AND RELIANCE ON DKT. 105* by Plaintiff Colton John Harris. |

| | | (Harris, Colton) (Entered: 04/18/2025) |
|---|---|---|
| 04/19/2025 | 191 | First MOTION for Entry of Default as to *EMERGENCY RENEWED MOTION FOR ENTRY OF DEFAULT* by Plaintiff Colton John Harris. (Harris, Colton) (Entered: 04/19/2025) |
| 04/20/2025 | 192 | First MOTION to Clarify *PLAINTIFFS MOTION TO CLARIFY CLERK IDENTITY AND AUTHORITY AT DKT. 111* by Plaintiff Colton John Harris. (Harris, Colton) (Entered: 04/20/2025) |
| 04/20/2025 | 193 | First MOTION to Clarify *PLAINTIFFS MOTION TO CLARIFY JUDICIAL TRANSPARENCY AND FINANCIAL DISCLOSURE* by Plaintiff Colton John Harris. (Attachments: # 1 Exhibit EXHIBIT A.3: 2019 Financial Disclosure Report of Judge Philip A. Brimmer, with Attached Supporting Materials)(Harris, Colton) (Entered: 04/20/2025) |
| 04/20/2025 | 194 | NOTICE *NOTICE OF UPDATED EXHIBIT A.3* by Plaintiff Colton John Harris (Attachments: # 1 Exhibit EXHIBIT A.3 2019 Financial Disclosure Report of Judge Philip A. Brimmer, with Attached Supporting Materials)(Harris, Colton) (Entered: 04/20/2025) |
| 04/21/2025 | 195 | CLERK'S NOTE REGARDING DEFAULT Default will not be entered as to Take–Two Interactive Software, Inc. re 191 First MOTION for Entry of Default as to *EMERGENCY RENEWED MOTION FOR ENTRY OF DEFAULT* as: a responsive pleading has been filed, by Clerk. See docket no. 76 Motion to Dismiss filed by the Defendant. Text Only Entry. (sphil, ) (Entered: 04/21/2025) |
| 04/22/2025 | 196 | OBJECTIONS to *OBJECTION TO CLERKS NOTE REGARDING DEFAULT (DKT. 195)* by Plaintiff Colton John Harris. (Harris, Colton) (Entered: 04/22/2025) |
| 04/26/2025 | 197 | NOTICE *NOTICE OF CLARIFICATION* by Plaintiff Colton John Harris (Harris, Colton) (Entered: 04/26/2025) |
| 05/01/2025 | 198 | NOTICE *NOTICE FOR THE RECORD REGARDING DEFENDANTS MOTION TO DISMISS* by Plaintiff Colton John Harris (Harris, Colton) (Entered: 05/01/2025) |
| 05/01/2025 | 199 | First MOTION for Summary Judgment *PLAINTIFFS MOTION FOR SUMMARY JUDGMENT UNDER RULE 56(a)* by Plaintiff Colton John Harris. (Harris, Colton) (Entered: 05/01/2025) |
| 05/01/2025 | 200 | MEMORANDUM regarding 199 First MOTION for Summary Judgment *PLAINTIFFS MOTION FOR SUMMARY JUDGMENT UNDER RULE 56(a)* filed by Colton John Harris. Motion referred to Magistrate Judge Maritza Dominguez Braswell, by Chief Judge Philip A. Brimmer on 5/01/2025. Text Only Entry (pabsec, ) (Entered: 05/01/2025) |
| 05/05/2025 | 201 | MOTION to Clarify *Defendant's Motion for Clarification Regarding Responses to Plaintiff's Recent Submissions* by Defendant Take–Two Interactive Software, Inc.. (Juarez, Carolyn) (Entered: 05/05/2025) |
| 05/05/2025 | 202 | MEMORANDUM regarding 201 MOTION to Clarify *Defendant's Motion for Clarification Regarding Responses to Plaintiff's Recent Submissions* filed by Take–Two Interactive Software, Inc. Motion referred to Magistrate Judge Maritza Dominguez Braswell, by Chief Judge Philip A. Brimmer on 5/05/2025. Text Only Entry (pabsec, ) (Entered: 05/05/2025) |

| 05/05/2025 | 203 | RESPONSE to 185 First MOTION for Ruling *MOTION FOR RULING AND PROCEDURAL ENFORCEMENT REGARDING DKT. 178 (CLARIFICATION OF 21−DAY RULE) Consolidated Response to Plaintiff's Recent Notices Regarding Non−Response and Procedural Deadlock, and Motion for Ruling and Procedural Enforcement* filed by Defendant Take−Two Interactive Software, Inc.. (Juarez, Carolyn) (Entered: 05/05/2025) |
| 05/06/2025 | 204 | NOTICE *PLAINTIFFS NOTICE DEFENDANTS CONTRADICTIONS AND SUMMARY JUDGMENT DEADLINE* by Plaintiff Colton John Harris (Harris, Colton) (Entered: 05/06/2025) |
| 05/06/2025 | 205 | ORDER by Chief Judge Philip A. Brimmer on 5/6/2025, re: 167 Plaintiff's Motion for Reconsideration of Order (Dkt. 165 ) is **DENIED**.(dgumb, ) (Entered: 05/06/2025) |
| 05/07/2025 | 206 | First MOTION to Disqualify *PLAINTIFFS MOTION FOR DISQUALIFICATION OF CHIEF JUDGE PHILIP A. BRIMMER AND MAGISTRATE JUDGE MARITZA DOMINGUEZ BRASWELL UNDER 28 U.S.C. § 455(b)(4)* by Plaintiff Colton John Harris. (Harris, Colton) (Entered: 05/07/2025) |
| 05/09/2025 | 207 | MEMORANDUM regarding 192 First MOTION to Clarify *PLAINTIFFS MOTION TO CLARIFY CLERK IDENTITY AND AUTHORITY AT DKT. 111* filed by Colton John Harris. Motion referred to Magistrate Judge Maritza Dominguez Braswell, by Chief Judge Philip A. Brimmer on 5/09/2025. Text Only Entry (pabsec, ) (Entered: 05/09/2025) |
| 05/09/2025 | 208 | ORDER by Chief Judge Philip A. Brimmer on 5/9/2025, re: 206 the portion of Plaintiff's Motion for Disqualification of Chief Judge Philip A. Brimmer and Magistrate Judge Maritza Dominguez Braswell Under 28 U.S.C. § 455(b)(4) that seeks my recusal is **DENIED. ORDERED** that Plaintiff's Motion to Clarify Judicial Transparency and Financial Disclosure [Docket No. 193 ] is **DENIED. ORDERED** that the portion of Plaintiff's Motion for Disqualification of Chief Judge Philip A. Brimmer and Magistrate Judge Maritza Dominguez Braswell Under 28 U.S.C. § 455(b)(4) [Docket No. 206 ] that seeks Magistrate Judge Dominguez Braswell's recusal is referred to Magistrate Judge Dominguez Braswell.(dgumb, ) (Entered: 05/09/2025) |
| 05/09/2025 | 209 | RESPONSE to 192 First MOTION to Clarify *PLAINTIFFS MOTION TO CLARIFY CLERK IDENTITY AND AUTHORITY AT DKT. 111*, 191 First MOTION for Entry of Default as to *EMERGENCY RENEWED MOTION FOR ENTRY OF DEFAULT , Notice of Clarification Regarding Paraphrase of Status Conference 189 , and Letter to Clerk of Court Re Procedural Basis and Reliance on Dkt. 105 190* filed by Defendant Take−Two Interactive Software, Inc.. (Juarez, Carolyn) (Entered: 05/09/2025) |
| 05/19/2025 | 210 | RESPONSE to 197 Notice (Other) *Plaintiff's Notice of Clarification* by Defendant Take−Two Interactive Software, Inc.. (Juarez, Carolyn) (Entered: 05/19/2025) |
| 05/20/2025 | 211 | ORDER by Magistrate Judge Maritza Dominguez Braswell on 05/20/2025. It is ORDERED that the portion of Plaintiff's Motion for Disqualification (Doc. No. 206 ) that seeks my recusal be DENIED. (jrobe, ) (Entered: 05/20/2025) |
| 05/20/2025 | 212 | NOTICE *NOTICE OF PRESERVATION OF OBJECTIONS AND RECORD OF IRREGULARITIES* by Plaintiff Colton John Harris (Harris, Colton) (Entered: 05/20/2025) |

| 05/22/2025 | 213 | RESPONSE to 199 First MOTION for Summary Judgment *PLAINTIFFS MOTION FOR SUMMARY JUDGMENT UNDER RULE 56(a) and 198 Notice for the Record re Defendant's Motion to Dismiss* filed by Defendant Take–Two Interactive Software, Inc.. (Juarez, Carolyn) (Entered: 05/22/2025) |
|---|---|---|
| 05/23/2025 | 214 | REPLY to Response to 199 First MOTION for Summary Judgment *PLAINTIFFS MOTION FOR SUMMARY JUDGMENT UNDER RULE 56(a) PLAINTIFFS REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT* filed by Plaintiff Colton John Harris. (Harris, Colton) (Entered: 05/23/2025) |
| 05/27/2025 | 215 | RESPONSE to 204 Notice (Other) *Plaintiff's Notice re Defendant's Contradictions and Summary Judgment Deadline* by Defendant Take–Two Interactive Software, Inc.. (Juarez, Carolyn) (Entered: 05/27/2025) |
| 05/30/2025 | 216 | RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE: The Court ORDERS that Plaintiff's Motion for Sanctions Against Defendant (Doc. No. 96 ) be DENIED; Plaintiff's Second Motion for Emergency Sanctions for Spoilation of Evidence (Doc. No. 100 ) be DENIED; Plaintiff's Motion for Emergency Preservation Order and to Address Spoilation (Doc. No. 101 ) be DENIED AS MOOT; Plaintiff's Emergency Motion for Default Judgment (Doc. No. 102 ) be DENIED; Plaintiff's Supplementary Motion for Default Judgment and Sanctions (Doc. No. 107 ) be DENIED; Plaintiff's Objection to Minute Order on Procedural Handling of Motions (Doc. No. 109 ) be DENIED; Plaintiff's Motion to Exclude Electronic Evidence (Doc. No. 120 ) be GRANTED IN PART; Plaintiff's Objection to Courtroom Minutes (Doc. No. 137 ) be DENIED; Plaintiff's Emergency Motion for Rule 11 Sanctions, to Strike Defendant's Motion to Dismiss, and for Expedited Ruling (Doc. No. 160 ) be DENIED; Plaintiff's Emergency Motion for Sanctions Against Defendant Take–Two Interactive Software, Inc. for Knowingly Submitting False Evidence Under Penalty of Perjury (Doc. No. 175 ) be DENIED; Plaintiff's Motion for Clarification Regarding Court's Application of the 21–Day Rule (Doc. No. 178 ) be GRANTED; Plaintiff's Motion for Ruling and Procedural Enforcement (Doc. No. 185 ) be DENIED; and Defendant's Motion for Clarification Regarding Responses to Plaintiff's Recent Submissions (Doc. No. 201 ) be GRANTED. Furthermore, the Court respectfully RECOMMENDS that Defendant's Motion to Dismiss (Doc. No. 76 ) be GRANTED and that this case be DISMISSED. By Magistrate Judge Maritza Dominguez Braswell on 5/30/2025. (dgumb, ) (Entered: 05/30/2025) |
| 05/30/2025 | 217 | ORDER re: 216 RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE. Denying 96 Motion; Denying 100 Motion; Denying as moot 101 Motion; Denying 102 Motion; Denying 107 Motion; Denying 109 APPEAL OF MAGISTRATE JUDGE DECISION to District Court; Granting in part 120 Motion; Denying 137 APPEAL OF MAGISTRATE JUDGE DECISION to District Court; Denying 160 Motion; Denying 175 Motion; Granting 178 Motion; Denying 185 Motion; Granting 201 Motion. By Magistrate Judge Maritza Dominguez Braswell on 5/30/2025. Text Only Entry(dgumb, ) (Entered: 05/30/2025) |
| 06/02/2025 | 218 | OBJECTION to 216 Report and Recommendations *PLAINTIFFS OBJECTION TO RECOMMENDATIONS (DKT. 216 AND DKT. 217) : MOTION TO DISMISS IS MOOT IN LIGHT OF RULE 56 SUMMARY JUDGMENT* filed by Plaintiff Colton John Harris. (Harris, Colton) (Entered: 06/02/2025) |
| 06/16/2025 | 219 | RESPONSE to Objection to 216 RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE re 109 OBJECTION/Appeal of Magistrate Judge Decision |

| | | |
|---|---|---|
| | | to District Court *OBJECTION TO MINUTE ORDER (DOC.105) ON PROCEDURAL HANDLING OF MOTIONS* by Plaintiff Colton John Harris. filed by Colton filed by Defendant Take–Two Interactive Software, Inc.. (Juarez, Carolyn) (Entered: 06/16/2025) |
| 06/16/2025 | 220 | First MOTION to Strike *PLAINTIFFS MOTION TO STRIKE DEFENDANTS UNAUTHORIZED RESPONSE (DKT. 219)* by Plaintiff Colton John Harris. (Harris, Colton) (Entered: 06/16/2025) |
| 06/18/2025 | 221 | LETTER *LETTER TO THE HONORABLE ARTICLE III JUDGE* by Plaintiff Colton John Harris. (Harris, Colton) (Entered: 06/18/2025) |
| 07/07/2025 | 222 | RESPONSE to 220 First MOTION to Strike *PLAINTIFFS MOTION TO STRIKE DEFENDANTS UNAUTHORIZED RESPONSE (DKT. 219)* filed by Defendant Take–Two Interactive Software, Inc.. (Juarez, Carolyn) (Entered: 07/07/2025) |
| 08/10/2025 | 223 | First STATUS REPORT *CASE STATUS AND PROCEDURAL CONTEXT* by Plaintiff Colton John Harris. (Harris, Colton) (Entered: 08/10/2025) |
| 08/11/2025 | 224 | NOTICE *NOTICE OF PUBLIC INFORMATION AND RECORD OF STATEMENTS REGARDING MAGISTRATE JUDGES PUBLIC REMARKS ON ARTIFICIAL INTELLIGENCE* by Plaintiff Colton John Harris (Harris, Colton) (Entered: 08/11/2025) |
| 08/21/2025 | 225 | ORDER Accepting Magistrate Judge's Recommendation by Chief Judge Philip A. Brimmer on 8/21/25. ORDERED that Plaintiff's Objections to Recommendations (Dkt. 216 and Dkt. 217): Motion to Dismiss is Moot in Light of Rule 56 Summary Judgment 218 is OVERRULED. The Recommendation and Order of United States Magistrate Judge 216 is ACCEPTED. Defendant's Motion to Dismiss Third Amended Complaint Pursuant to F.R.C.P. 12(b)(6) 76 is GRANTED. The Request for Reconsideration of Clerk's Denial of Entry of Default 113 is DENIED. The Supplemental Clarification to Doc. 113: Request for Reconsideration of Clerks Denial of Entry of Default 116 is DENIED. The Procedural Objection to Clerk's Note Regarding Default 117 is DENIED. The Emergency Motion to Strike Unauthorized Transcript & Address Procedural Irregularities 152 is DENIED. Plaintiff's Motion to Clarify Clerk Identity and Authority at Dkt. 11 is 192 is DENIED. Plaintiff's Motion for Summary Judgment Under Rule 56(a) 199 is DENIED. Plaintiff's Motion to Strike Defendant's Unauthorized Response 220 is DENIED. Plaintiff's claims against defendant are DISMISSED with prejudice. This case is closed.(sgrim) (Entered: 08/21/2025) |
| 08/21/2025 | 226 | FINAL JUDGMENT re: 225 Order, by Clerk on 8/21/25. (sgrim) (Entered: 08/21/2025) |
| 09/02/2025 | 227 | NOTICE OF APPEAL as to 226 Clerk's Judgment, 225 Order by Plaintiff Colton John Harris. (jrobe, ) (Entered: 09/03/2025) |
| 09/02/2025 | 228 | Application to Proceed in District Court Without Prepaying Fees or Costs by Plaintiff Colton John Harris. (jrobe, ) (Entered: 09/03/2025) |
| 09/02/2025 | 229 | MOTION for Leave to Proceed on Appeal Under 28 U.S.C. 1915 by Plaintiff Colton John Harris. (jrobe, ) (Entered: 09/03/2025) |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Civil Action No. 24-cv-01508-PAB-MDB

COLTON JOHN HARRIS,

     Plaintiff,

v.

TAKE-TWO INTERACTIVE SOFTWARE, INC.,

     Defendant.

---

## ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION

---

     This matter comes before the Court on the Recommendation and Order of United States Magistrate Judge [Docket No. 216] and Plaintiff's Motion to Strike Defendant's Unauthorized Response [Docket No. 220].  The Court has jurisdiction pursuant to 28 U.S.C § 1331.  Plaintiff Colton John Harris filed a timely objection.  Docket No. 218.  Defendant Take-Two Interactive Software, Inc. ("Take-Two") filed a response, Docket No. 219, which Mr. Harris moves to strike.  *See* Docket No. 220.  Take-Two filed a response to Mr. Harris's motion to strike.  Docket No. 222.

### I.    BACKGROUND

     The facts are set forth in the magistrate judge's recommendation, Docket No. 216 at 2-4, and the Court adopts them for purposes of ruling on the objection.  To the extent that Mr. Harris disputes how the magistrate judge construed certain facts, the Court considers and resolves those arguments below.

On September 16, 2024, Mr. Harris filed his third amended complaint.  Docket No. 73.  Mr. Harris alleges that he had an account on the user platform CFX.re and FiveM, where he "occasionally promoted" "models and scripts as add-ons for various games" that Mr. Harris created.  *See id.* at 2, ¶¶ 5-7.  Mr. Harris alleges that after he created his account, Take-Two acquired CFX.re and FiveM.  *See id.*, ¶ 6.  Mr. Harris alleges that an employee of Take-Two "accessed Plaintiff's account without permission."  *Id.* at 4, ¶ 12.  After the "unauthorized access" of his account, Mr. Harris claims that he was "locked out of his data . . . , lost control over more than 200 assets, suffered financial losses due to an inability to update these assets, and experienced significant harm to his reputation, mental health, and physical health."  *Id.* at 11, ¶ 29.  Mr. Harris brings claims for (1) violation of the Computer Fraud and Abuse Act ("CFAA"), 18 U.S.C. § 1030; (2) breach of privacy; (3) violation of the Colorado Consumer Protection Act ("CCPA"), Colo. Rev. Stat. § 6-1-101; (4) violation of the Sherman Act, 15 U.S.C. § 1, and the Clayton Act, 15 U.S.C. § 12; and (5) for unjust enrichment.  *See id*. at 10-20.  He seeks compensatory damages, statutory damages, and non-economic damages totaling $1,250,000.  *See id.* at 20-24.

On September 23, 2024, Take-Two filed a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6).  Docket No. 76.  Mr. Harris filed a response, Docket No. 89, and Take-Two filed a reply.  Docket No. 90.  With leave of the magistrate judge, Mr. Harris filed a sur-reply.  Docket No. 94.  On May 1, 2025, Mr. Harris filed a motion for summary judgment.  Docket No. 199.  Take-Two filed a response, Docket No. 213, and Mr. Harris filed a reply.  Docket No. 214.

On May 30, 2025, Magistrate Judge Maritza Dominguez Braswell issued a recommendation that Take-Two's motion to dismiss be granted and that all claims be dismissed with prejudice.  Docket No. 216 at 23 n.15.  Judge Dominguez Braswell also ruled on Mr. Harris's motions for clarification, Docket Nos. 178, 201, and "every Plaintiff-filed motion that directly relates to the Motion to Dismiss."[1]  *Id.* at 1-2.

## II.    LEGAL STANDARD

The Court must "determine de novo any part of the magistrate judge's disposition that has been properly objected to."  Fed. R. Civ. P. 72(b)(3).  An objection is "proper" if it is both timely and specific.  *United States v. One Parcel of Real Prop. Known as 2121 E. 30th St.*, 73 F.3d 1057, 1059 (10th Cir. 1996) ("*One Parcel*").  A specific objection "enables the district judge to focus attention on those issues – factual and legal – that are at the heart of the parties' dispute."  *Id*.

In the absence of an objection, the district court may review a magistrate judge's recommendation under any standard it deems appropriate.  *See Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings.").  The Court therefore reviews the non-objected to portions of a recommendation to confirm there is "no clear error on the face of the record."  Fed. R. Civ. P. 72(b), Advisory Committee Notes.  This standard of review is something less

---

[1] These motions include Docket Nos. 96, 100, 101, 102, 107, 109, 120, 137, 160, 175, 178, 185.  *See* Docket No. 216 at 2 n.2.  The magistrate judge states that "[a]ll other motions [Docket Nos. 113, 116, 117, 152, 192, 199] shall be addressed only if the presiding judge rejects this Court's recommendation, and finds that some or all of Plaintiff's claims survive the Motion to Dismiss."  *Id.* at 2.

than a "clearly erroneous" or "contrary to law" standard of review, Fed. R. Civ. P. 72(a),

which in turn is less than a de novo review.  Fed. R. Civ. P. 72(b).  Because Mr. Harris

is proceeding pro se, the Court will construe his objection and pleadings liberally without

serving as his advocate.  *See Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991).

## III.    ANALYSIS

In Docket No. 220, Mr. Harris moves to strike Take-Two's response, Docket

No. 219, to Mr. Harris's objection.  In Docket No. 218, Mr. Harris objects to the

magistrate judge's recommendation "to the extent it addresses Defendant's Motion to

Dismiss (Dkt. 76) without first deferring consideration of Plaintiff's fully-briefed Motion for

Summary Judgment (Dkt. 199)."  Docket No. 218 at 1.  Mr. Harris does not object to the

magistrate judge's recommendation that his claims be dismissed with prejudice.  *See

generally id.*

### A.  <u>Mr. Harris's Motion to Strike</u>

Mr. Harris argues that Take-Two's response to his objection to the magistrate

judge's recommendation should be stricken because it "was submitted without leave of

court, and impermissibly functions as both a disguised surreply and unauthorized

supplemental brief."  Docket No. 220 at 1.

The Court rejects Mr. Harris's argument that Take-Two's response is outside the

scope of Fed. R. Civ. P. 72(b)(2).  Take-Two's response – arguing that Mr. Harris's

objection "does not raise any specific substantive issues with the Recommendation that

Defendant's Motion to Dismiss be granted in its entirety" – is proper.  *See* Docket

No. 219 at 2.  Pursuant to Rule 72(b)(2), a party may "respond to another party's

objections."  *See* Fed. R. Civ. P. 72(b)(2).  Therefore, given that Mr. Harris bases his

objection on the fact that Mr. Harris believes that the Court must focus on his motion for

4

summary judgment rather than the motion to dismiss, Take-Two may argue that Mr.

Harris failed to object to the recommendation.  The Court rejects Mr. Harris's arguments

that the response improperly "supplements arguments raised in [the] Motion to

Dismiss," "[i]ntroduces new opposition to Plaintiff's Motion for Summary Judgment,"

raises a new "legal theory," or "[a]ttempts to influence the Court's standard of review

without court invitation or motion."  *See* Docket No. 220 at 2.  The Court also finds that

the response does not constitute an untimely sur-reply or improper objection.  *See id.* at

2, 5.

Accordingly, the Court finds no basis to strike Take-Two's response and will deny

Mr. Harris's motion to strike.

### B. Mr. Harris's Objection to the Magistrate Judge Not Ruling on the Motion for Summary Judgment

Mr. Harris argues that the magistrate judge erred in making a recommendation

on the motion to dismiss because the motion to dismiss was rendered "procedurally and

functionally moot" when Mr. Harris filed his motion for summary judgment.  Docket

No. 218 at 3.  He contends that the magistrate judge should have considered Mr.

Harris's motion for summary judgment before Take-Two's motion to dismiss and

granted summary judgment against Take-Two.  *See id.*  Mr. Harris argues that Take-

Two's "failure to submit any admissible evidence, affidavit, or Rule 56(d) declaration" in

response to his motion for summary judgment "constitutes a waiver of opposition."  *Id.*

at 2.

Where there are pending motions under both Rule 12(b)(6) and Rule 56, a court

may rule on the Rule 12(b)(6) motion first.  *See Dobson v. Anderson,* 319 F. App'x 698,

701 (10th Cir. 2008) (unpublished) (rejecting plaintiffs' argument "that [a Rule 12(b)(6)]

5

dismissal was improper because none of the defendants rebutted the evidence that

plaintiffs filed in support of their summary-judgment motions").  Mr. Harris's contention

that the magistrate judge should have considered Take-Two's alleged failure to rebut

evidence presented in his motion for summary judgment "misconstrues the court's

function on a Rule 12(b)(6) motion."  *See id.*  "The court's function on a Rule 12(b)(6)

motion is not to weigh potential evidence that the parties might present at trial, but to

assess whether the plaintiff's complaint alone is legally sufficient to state a claim for

which relief may be granted."  *Tal v. Hogan*, 453 F.3d 1244, 1252 (10th Cir. 2006)

(citation omitted).  The magistrate judge determined that Mr. Harris's complaint was not

legally sufficient to state a claim – and the magistrate judge was not required to weigh

potential evidence in doing so – and properly decided to only issue a recommendation

on Mr. Harris's motion for summary judgment if the Court were to "find[] that some or all

of Plaintiff's claims survive the Motion to Dismiss."  *See* Docket No. 216 at 2; *McCall v.

Keefe Supply Co.*, 71 F. App'x 779, 780-81 (10th Cir. 2003) (unpublished) (affirming the

district court's dismissal of the complaint for failure to state a claim and holding that "[a]s

such, the district court's denial of [plaintiff's] summary judgment motion was proper").

Mr. Harris cites no authority in support of the proposition that the magistrate

judge was required to address his motion for summary judgment before issuing a

recommendation on Take-Two's motion to dismiss.  *See generally* Docket No. 218.

Moreover, he provides no support for the proposition that, upon finding that the

complaint fails to state a claim, the magistrate judge was required to nonetheless

consider the motion for summary judgment.  Accordingly, the Court will overrule Mr.

Harris's objection.

6

### C.  <u>Non-Objected to Portions of the Recommendation</u>

The Court has reviewed the rest of the recommendation to satisfy itself that there are "no clear error[s] on the face of the record."  *See* Fed. R. Civ. P. 72(b), Advisory Committee Notes.  Based on this review, the Court has concluded that the recommendation is a correct application of the facts and the law.

Mr. Harris does not object to the magistrate judge's recommendation that his claims be dismissed for failure to state a claim upon which relief can be granted.  *See generally* Docket No. 218.  The magistrate judge finds that Mr. Harris fails to state a claim for unjust enrichment because there was an express agreement that governed the subject matter of his unjust enrichment claim.  *See* Docket No. 216 at 5-10.  Because Mr. Harris fails to allege that Take-Two accessed a protected computer, the magistrate judge finds that Mr. Harris fails to state a claim under the CFAA.  *See id.* at 10-12.  The magistrate judge finds that Mr. Harris fails to state a claim for breach of privacy under Colorado common law because he "does not offer any facts from which the Court could conclude the alleged intrusion would be offensive to a reasonable person."  *See id.* at 12-13.  The magistrate judge finds that Mr. Harris fails to state a claim under the CCPA because he offers no facts suggesting that Take-Two engaged in a deceptive practice.  *See id.* at 14-15.  Regarding Mr. Harris's Sherman Act and Clayton Act claims, the magistrate judge finds that Mr. Harris does not have standing to sue pursuant to Article III of the United States Constitution and does not have "antitrust standing."  *See id.* at 15-18 (quoting *Tal*, 453 F.3d at 1253).  Mr. Harris does not address any of these

7

recommendations or object to them.  The Court finds no clear error in the magistrate

judge's recommendations and agrees that Mr. Harris has failed to state a claim.

The magistrate judge recommends that Mr. Harris's claims be dismissed with

prejudice[2] because "Plaintiff has already had several opportunities to amend his

complaint, and it appears any further amendment would be futile."  Docket No. 216 at

23 n.15 (internal citations omitted).  Mr. Harris does not object to the magistrate judge's

recommendation that his claims be dismissed with prejudice.  Finding no clear error in

the magistrate judge's recommendation, the Court will accept the recommendation that

---

[2] As noted above, the magistrate judge recommends that Mr. Harris's Sherman
Act and Clayton Act claims be dismissed for a lack of Article III standing and antitrust
standing. *See* Docket No. 216 at 15-18. The magistrate judge recommends that all
claims be dismissed with prejudice because she finds that the complaint fails to state a
claim and granting leave to amend would be futile.  *See id.* at 23 n.15.  Generally, a
dismissal of a claim for lack of Article III standing is a jurisdictional defect that calls for
dismissal without prejudice, even if a court finds that it would be futile for a plaintiff to
amend his or her complaint to allege Article III standing.  *See Brereton v. Bountiful City
Corp.*, 434 F.3d 1213, 1219 (10th Cir. 2006) ("A denial of leave to amend to repair a
jurisdictional defect, even on futility grounds, does not call for a dismissal with
prejudice.").  However, a lack of antitrust standing is not a jurisdictional defect because
antitrust standing "stems from section 4 of the Clayton Act, 15 U.S.C. § 15," not the
Constitution.  *See Tal*, 453 F.3d at 1253; *Adamson v. Volkswagen Grp. of Am., Inc.*, No.
22-cv-00740-CMA-MDB, 2023 WL 2648010, at *2 (D. Colo. Mar. 27, 2023) ("Antitrust
standing, on the other hand, is not 'jurisdictional.'") (citing *Gerlinger v. Amazon.com Inc*,
526 F.3d 1253, 1256 (9th Cir. 2008) ("Lack of antitrust standing affects a plaintiff's ability
to recover, but does not implicate the subject matter jurisdiction of the court."); *In re
Lorazepam & Clorazepate Antitrust Litig.*, 289 F.3d 98, 107–08 (D.C. Cir. 2002) ("Unlike
constitutional standing, this court's jurisdiction does not turn on antitrust standing.")).
Therefore, the Court agrees that dismissal of the Sherman Act and Clayton Act claims
should be with prejudice because the complaint fails to state a claim and it would be
futile for Mr. Harris to amend his complaint to allege antitrust standing.  *See, e.g., CVB,
Inc. v. Corsicana Mattress Co.*, 2024 WL 4505044, at *7,*16 (D. Utah Oct. 16, 2024)
(dismissing Sherman Act claim with prejudice where plaintiff failed to adequately allege
antitrust standing).

dismissal be with prejudice[3] and that Mr. Harris's motions related to the motion to

dismiss be denied.[4]

       The Court will further order that Mr. Harris's motion for summary judgment be

denied as moot because the complaint fails to state a claim upon which relief can be

granted.  *See Higgason v. Stephens,* 288 F.3d 868, 878 (6th Cir. 2002) ("Because we

have concluded that the district court did not err in dismissing Plaintiff's claim against

[defendant], Plaintiff's argument [that he is entitled to summary judgment] is moot.");

*Ratcliff v. Race*, 2007 WL 496862, at *2 (D. Kan. Feb. 13, 2007) ("The court dismisses

this case for failure to state a claim, but denies summary judgment as moot."); *Loyless

v. Oliveira*, 2010 WL 3862883, at *4 (E.D. Tenn. Sept. 28, 2010) ("Because the plaintiff

fails to state a claim for relief against [defendant], the Court will DENY Plaintiff's motion

for summary judgment on the FLSA claims against [defendant]")

### IV.   CONCLUSION

       Therefore, it is

---

[3] Because the Court accepts the magistrate judge's recommendation that Mr. Harris's claims be dismissed with prejudice, it will deny Mr. Harris's additional motions as moot.  *See* Docket Nos. 113, 116, 117, 152, 192.

[4] Mr. Harris does not object to the magistrate judge's non-dipositive rulings. Specifically, Mr. Harris does not object to the magistrate judge's order that the following motions that relate to the motion dismiss be denied: motions for sanctions, Docket Nos. 96, 100, 160, 175; Motion for Emergency Preservation Order and to Address Spoilation, Docket No. 101; motions for default judgment, Docket Nos. 102, 107; Plaintiff's Objection to Minute Order and Procedural Handling of Motions, Docket No. 109; Plaintiff's Objection to Courtroom Minutes, Docket No. 137; and Plaintiff's Motion for Ruling and Procedural Enforcement, Docket No. 185.  Take-Two does not object to the magistrate judge's order that Plaintiff's Motion to Exclude Electronic Evidence, Docket No. 120, be granted in part, and that the motions for clarification, Docket Nos. 178, 201, be granted.  The Court finds "no clear error" in the magistrate judge's non-dispositive rulings.  *See* Fed. R. Civ. P. 72(b), Advisory Committee Notes.

**ORDERED** that Plaintiff's Objections to Recommendations (Dkt. 216 and Dkt. 217): Motion to Dismiss is Moot in Light of Rule 56 Summary Judgment [Docket No. 218] is **OVERRULED**.  It is further

**ORDERED** that the Recommendation and Order of United States Magistrate Judge [Docket No. 216] is **ACCEPTED**.  It is further

**ORDERED** that Defendant's Motion to Dismiss Third Amended Complaint Pursuant to F.R.C.P. 12(b)(6) [Docket No. 76] is **GRANTED**.  It is further

**ORDERED** that the Request for Reconsideration of Clerk's Denial of Entry of Default [Docket No. 113] is **DENIED**.  It is further

**ORDERED** that the Supplemental Clarification to Doc. 113: Request for Reconsideration of Clerk's Denial of Entry of Default [Docket No. 116] is **DENIED**.  It is further

**ORDERED** that the Procedural Objection to Clerk's Note Regarding Default [Docket No. 117] is **DENIED**.  It is further

**ORDERED** that the Emergency Motion to Strike Unauthorized Transcript & Address Procedural Irregularities [Docket No. 152] is **DENIED**.  It is further

**ORDERED** that Plaintiff's Motion to Clarify Clerk Identity and Authority at Dkt. 11 is [Docket No. 192] is **DENIED**.  It is further

**ORDERED** that Plaintiff's Motion for Summary Judgment Under Rule 56(a) [Docket No. 199] is **DENIED**.  It is further

**ORDERED** that Plaintiff's Motion to Strike Defendant's Unauthorized Response [Docket No. 220] is **DENIED**.  It is further

**ORDERED** that plaintiff's claims against defendant are **DISMISSED with**

**prejudice**.  It is further

**ORDERED** that this case is closed.

DATED August 21, 2025.

BY THE COURT:

PHILIP A. BRIMMER
Chief United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-01508-PAB-MDB

COLTON JOHN HARRIS,

     Plaintiff,

v.

TAKE-TWO INTERACTIVE SOFTWARE, INC.,

     Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Accepting Magistrate Judge's Recommendation [Docket No. 225] of Chief United States District Judge Philip A. Brimmer entered on August 21, 2025, it is

ORDERED that the Recommendation of the United States Magistrate Judge [Docket No. 216] is ACCEPTED.  It is further

ORDERED that Defendant's Motion to Dismiss Third Amended Complaint Pursuant to F.R.C.P. 12(b)(6) [Docket No. 76] is GRANTED.  It is further

ORDERED that plaintiff's claims against defendant are DISMISSED with prejudice.  It is further

ORDERED that judgment shall enter in favor of defendant and against plaintiff.  It is further

ORDERED that defendant is awarded its costs, to be taxed by the Clerk of the

Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.  It is further

ORDERED that this case is closed.


Dated: August 21, 2025.


                                    FOR THE COURT:

                                    Jeffrey P. Colwell, Clerk


                                    By s/ S. Grimm
                                         Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

FILED

UNITED STATES DISTRICT COURT
DENVER, COLORADO

Civil Action No. 1:24-cv-1508-MDB

SEP = 2 2025

**COLTON JOHN HARRIS,**

JEFFREY P. COLWELL
CLERK

Plaintiff(s),

v.

**TAKE-TWO INTERACTIVE SOFTWARE, INC.,**

a Delaware corporation,

Defendant(s).

---

### NOTICE OF APPEAL FROM FINAL JUDGMENT

---

Notice is hereby given that Plaintiff, Colton John Harris, in the above-named case, hereby

appeals to the **United States Court of Appeals for the Tenth Circuit** from the Final Judgment

entered in this action on August 21, 2025, (Dkt. 225-226) and **all orders and rulings adverse to**

**Plaintiff therein.**

DATED: **August 26, 2025**

**CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2025, I served the foregoing *Notice of Appeal* by depositing a

true and correct copy in the United States mail, first-class postage prepaid, addressed to the Clerk

of Court for the United States District Court for the District of Colorado.

I further certify that on the same date, I served a copy of this *Notice of Appeal* by mail upon

counsel of record for Defendant, Take-Two Interactive Software, Inc.

**without waiver,**

*Colton John Harris*

**/s/ Colton John Harris**

3100 Wood Ave, Lot G17

Colorado Springs, CO 80907

7195178289

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:24-cv-1508-MDB

**COLTON JOHN HARRIS,**

Plaintiff,

v.

**TAKE-TWO INTERACTIVE SOFTWARE, INC.,**

a Delaware corporation,

Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP -2 2025

JEFFREY P. COLWELL
CLERK

---

## MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL

---

Plaintiff-Appellant, Colton John Harris, acting pro se, respectfully files this motion with the

District Court Clerk for leave to proceed on appeal in forma pauperis.

This motion is necessary because, although the record reflects that fees were waived during the

underlying litigation, Plaintiff-Appellant's initial in forma pauperis application was denied.

As demonstrated by the attached **APPLICATION TO PROCEED IN DISTRICT COURT**

**WITHOUT PREPAYING FEES OR COSTS (Long Form)** financial affidavit,

Plaintiff-Appellant remains financially unable to pay the appellate filing fees or secure the costs

associated with this appeal.

**CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2025, a true and correct copy of the foregoing *Motion to Proceed In Forma Pauperis on Appeal* was served by **certified U.S. Mail (green card/return receipt requested)** on:

- Clerk of Court, U.S. District Court for the District of Colorado
- Counsel of Record for Defendant (also via email)

**without waiver,**

**/s/ Colton John Harris**

*Colton John Harris*

3100 Wood Ave, Lot G17

Colorado Springs, CO 80907

Email: thecoltonjohn@gmail.com

DATED: **August 26, 2025**