No. 25-1342

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

---

**COLTON JOHN HARRIS,**

Plaintiff-Appellant,

v.

**TAKE-TWO INTERACTIVE SOFTWARE, INC.,**

a Delaware corporation,

Defendant-Appellee.

---

**MOTION TO FILE ELECTRONICALLY**

---

Plaintiff-Appellant Colton John Harris, appearing pro se, respectfully moves this Court for permission to file documents electronically via the CM/ECF system in this court. This request is based on the undue burden that relying on conventional paper filing methods would cause.

1. **Background:** Appellant is proceeding pro se in this appeal.

2. **Undue Burden for Conventional Filing:** Filing via conventional methods creates a significant and undue burden on Appellant due to a confluence of factors:

    - **Distance and Cost:** The courthouse is located a significant distance from Appellant's home, approximately a 1.5-hour drive each way. This travel, along with the costs of parking, printing, and shipping, creates a substantial financial and logistical hardship, especially given Appellant's pending motion for leave to proceed in forma pauperis.

    - **Voluminous Filings:** The appellate record in this case is extensive and requires preparing numerous documents. The volume of paperwork makes filing via conventional mail or in-person delivery impractical and unduly burdensome for a pro se litigant.

3. **Request for Relief:** Appellant respectfully requests that the Court grant this Motion to file documents electronically via the CM/ECF system for this case (No. 25-1342).

**WHEREFORE**, Plaintiff-Appellant Colton John Harris respectfully requests that this Court grant this Motion to File Electronically via CM/ECF.

Respectfully submitted,

/s/ Colton John Harris

*Colton John Harris*

3100 Wood Ave, Lot G17

Colorado Springs, CO 80907

**CERTIFICATE OF SERVICE**

I hereby certify that on **October 3, 2025**, I served the foregoing **MOTION TO FILE ELECTRONICALLY** on the following party by the method indicated below:

Carolyn Juarez

NOD Law PC

726 Front St., Ste. 220

Louisville, CO 80027

Email: OFFICE@NOD-LAW.COM

**Method of Service:**

- **U.S. Mail - Email**

Dated: **October 3, 2025**

Respectfully submitted,

/s/ **Colton John Harris**

*Colton John Harris*

3100 Wood Ave, Lot G17

Colorado Springs, CO 80907