FILED  
United States Court of Appeals  
Tenth Circuit

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

**October 8, 2025**

_____

Christopher M. Wolpert  
Clerk of Court

COLTON JOHN HARRIS,

    Plaintiff - Appellant,

v.

TAKE-TWO INTERACTIVE SOFTWARE, INC.,

    Defendant - Appellee.

No. 25-1342  
(D.C. No. 1:24-CV-01508-PAB-MDB)  
(D. Colo.)

_____

**ORDER**
_____

Before **MATHESON** and **BACHARACH**, Circuit Judges.
_____

This matter is before us on appellant Colton John Harris's *Motion to File Electronically*. (Dkt. No. 11.)

Upon consideration, we deny the *Motion*.

                          Entered for the Court

                          CHRISTOPHER M. WOLPERT, Clerk